# Exhibit C



TECHNICAL DATA SHEET

## Neoflon® FEP NP-1108

*Neoflon®* FEP NP-1108 was developed for high-speed extrusion of thin coatings of small wire sizes such as plenum cable insulation.  It may also be used for injection molding of thin wall parts.

| Properties* | | |
|---|---|---|
| Melt Flow Rate, g/10 min | ASTM D-2116 | 35.0 - 38.0 |
| Melting Point (DSC), °C | ASTM D-2116 | 250 - 260 |
| Tensile Strength, MPa, (minimum) | ASTM D-2116 | 20.0 |
| Elongation, %, (minimum) | ASTM D-2116 | 280 |
| MIT Flex, cycles, (minimum) | ASTM D-2176 | 1,000 |

*Typical properties are not suitable for specification purposes.

**IMPORTANT NOTICE:** The information contained herein is based on technical data and tests we believe to be reliable and is intended for use by persons having technical knowledge and skill, solely at their own discretion and risk. Since conditions of use are outside of our control, we assume no responsibility for results obtained or damages incurred through application of the data given. The publication of the information herein shall not be understood as permission or recommendation for the use of our fluorocarbon compounds in violation of any patent or otherwise. We only warrant that the product conforms to description and specification, and our only obligation shall be to replace goods shown to be defective or refund the original purchase price thereof.

**MEDICAL USE:** This product is not specifically designed or manufactured for use in medical implantation and/or dental devices. We have not tested it for such application and will only sell it for such use pursuant to contract containing specific terms and conditions required by us.



TECHNICAL DATA SHEET

## Neoflon® FEP NP-1109

*Neoflon®* FEP NP-1109 was developed with higher adhesion for high-speed extrusion of thin coatings of small wire sizes such as plenum cable insulation. It may also be used for injection molding of thin wall parts.

| Properties* | | |
|---|---|---|
| Melt Flow Rate, g/10 min | ASTM D-2116 | 35.0 - 38.0 |
| Melting Point (DSC), °C | ASTM D-2116 | 250 - 260 |
| Tensile Strength, MPa, (minimum) | ASTM D-2116 | 20.0 |
| Elongation, %, (minimum) | ASTM D-2116 | 280 |
| MIT Flex, cycles, (minimum) | ASTM D-2176 | 1,000 |

*Typical properties are not suitable for specification purposes.

**IMPORTANT NOTICE:** The information contained herein is based on technical data and tests we believe to be reliable and is intended for use by persons having technical knowledge and skill, solely at their own discretion and risk. Since conditions of use are outside of our control, we assume no responsibility for results obtained or damages incurred through application of the data given. The publication of the information herein shall not be understood as permission or recommendation for the use of our fluorocarbon compounds in violation of any patent or otherwise. We only warrant that the product conforms to description and specification, and our only obligation shall be to replace goods shown to be defective or refund the original purchase price thereof.

**MEDICAL USE:** This product is not specifically designed or manufactured for use in medical implantation and/or dental devices. We have not tested it for such application and will only sell it for such use pursuant to contract containing specific terms and conditions required by us.



**TECHNICAL DATA SHEET**

## *Neoflon®* FEP NP-3180

**Characteristics**

*Neoflon®* FEP NP-3180 was developed for high-speed extrusion of thin coatings of small wire sizes such as plenum cable insulation. It may also be used for small tubing and injection molding of thin wall parts.

| Properties* | | |
|---|---|---|
| Melt Flow Rate, g/10 min | ASTM D-2116 | 35 - 42 |
| Melting Point (DSC), °C | ASTM D-2116 | 255 - 265 |
| Tensile Strength, MPa, (minimum) | ASTM D-2116 | 18 |
| Elongation, %, (minimum) | ASTM D-2116 | 300 |
| MIT Flex, cycles, avg. | ASTM D-2176 | 3,000 |

*Typical properties are not suitable for specification purposes.

**IMPORTANT NOTICE:** The information contained herein is based on technical data and tests we believe to be reliable and is intended for use by persons having technical knowledge and skill, solely at their own discretion and risk. Since conditions of use are outside of our control, we assume no responsibility for results obtained or damages incurred through application of the data given. The publication of the information herein shall not be understood as permission or recommendation for the use of our fluorocarbon compounds in violation of any patent or otherwise. We only warrant that the product conforms to description and specification, and our only obligation shall be to replace goods shown to be defective or refund the original purchase price thereof.

**MEDICAL USE:** This product is not specifically designed or manufactured for use in medical implantation and/or dental devices. We have not tested it for such application and will only sell it for such use pursuant to contract containing specific terms and conditions required by us.