# Exhibit E

# Technical Information



**211**

**TECHNICAL INFORMATION**

Materials – Chemical resistance – Information about fluoroplastics, stirrer shafts and tubing – Determination of threads – Conversion tables

# BOLA Materials

## Fluoroplastics

Belong to the family of thermoplastics. The higher the fluoric content, the better the thermal and chemical capacity of fluoropolymers.

Unique properties are:
- » universal chemical resistance
- » high thermal load capacity (-200 °C up to +260 °C)
- » resistance to all sterilisation temperatures
- » non-flammable
- » resistant to environmental changes (weather, light)
- » non-adhesive
- » ultra-low friction coefficient
- » unbreakable
- » physiologically safe
- » inert, no taste, odourless
- » UV-resistant

### PTFE – Polytetrafluoroethylene

Already discovered in 1938 by research-chemists of DuPont (USA) it was not introduced or marketed until 1946. A partly crystalline fluoroplastic that belongs to the family of thermoplastics (but not suitable for injection moulding).

The remarkable chemical and thermal resistance results from the linkage force between carbon atoms and fluorine atoms and from the nearly complete shielding of the carbon chain by fluorine atoms.

PTFE has a thermal resistance of -260 °C up to +300 °C (for example no brittleness in boiling helium at -269 °C). This temperature range is reached by no other commercial plastic material.

Permanent temperature resistance depends on the load. This means that PTFE can be used from -200 °C to +260 °C at moderate mechanical load. PTFE labware has a white appearance, a non-adhesive and excellent slip characteristics. Its fabrication is done by isostatic pressing processes or by machining of extruded semi-finished PTFE material.



**Trade name**
Teflon®
by DuPont
Hostaflon®
by Dyneon
Fluon®
by ICI Fibres

### PTFE – TFM

A further development of the classic Polytetrafluoroethylene (PTFE), with additional modifier Perfluorpropylvinylether.

Due to a five times lower molecular weight and a more homogeneous crystal structure, the single particles merge a nearly pore-free polymer structure. Compared to PTFE, the tightness as well as the barrier effect at the same wall thickness are doubled. This is particularly advantageous at high working temperatures. PTFE-TFM has a universal chemical resistance. Sticking of any contaminations is prevented by an extreme smooth surface. Special methods allow a simple and safe heat seal. This material is ideal for e. g. digestion vessels or gaskets.

**FEP – Tetrafluoroethylene-Perfluoropropylene**
A molten copolymer of tetrafluoroethylene and perfluoropropylene with a high-molecular, partly crystalline structure which was introduced on the market in 1960.
Its mechanical and chemical properties are comparable with those of PTFE, however, the upper limit of the permanent working temperature is lower than that of PTFE (max. +205 °C).
FEP is a typical thermoplastic material which can be treated and machined by using established methods, although its high viscosity limits the speed of operation. FEP labware is translucent to transparent and non-porous.



**Trade name**
Teflon®
by DuPont
Neoflon®
by Daikin

**213**

**PFA – Perfluoroalkoxy**
Fluorinated hydrocarbon with a high-molecular, partly crystalline structure.
Compared to PTFE it has additional side chains consisting of perfluorated alkoxy groups. The chemical and thermal properties of this thermoplastic fluoropolymer are equal to those of PTFE.
PFA labware is translucent to transparent, non-porous and particularly useful in high-purity work.



**Trade name**
Teflon®
by DuPont
Hostaflon®
by Dyneon

**ETFE – Ethylene-Tetrafluoroethylene**
A modified copolymer of ethylene-tetrafluoroethylene. Unlike the homopolymer PTFE which can be treated only by means of pressing or sintering, ETFE can be thermoplastic processed. I. e. this plastic can be injection moulded with appropriate machines.
In laboratories, this material is mainly used for items reinforced with glass fibre such as screw caps or screw joints.



**Trade name**
Tefzel®
by DuPont
Hostaflon ET®
by Dyneon

**PVDF – Polyvinylidene Fluoride**
A fluoroplastic that can be machined or thermoplastic processed.
Characterised by a good to excellent chemical resistance. Compared with PTFE, it is much harder and more rigid, but its functional temperature range is lower. Its advantages over other fluoroplastics are its easy processing, the high mechanical values and the low specific weight. Therefore it is used in many applications.



**Trade name**
Solef®
by Solvay
Dyflor®
by Dynamit

**PVF – Polyvinylfluoride**
Containing fluorine, it displays a stronger chemical linkage than common polymers and thus a better inherent stability. It shows its unique properties when used at temperatures ranging from -70 °C to +110 °C, whereas temperatures of up to max. +200 °C are withstand. Polyvinylfluoride does not contain any softener, is resistant to fading and can easily be cleaned due to its dirt-repelling surface. In particular, foils, films and bags for gas analysis are made of PVF.

**Trade name**
Tedlar®
by DuPont

**TECHNICAL INFORMATION**

# BOLA Materials

### Technical Plastics

Mainly used for high working temperature ranges.
Their best known advantages are:

» low abrasion
» no corrosion
» excellent gliding properties
» high rigidity

» good chemical resistance
» dimensional accuracy
» high thermal resistance

**214**

**TECHNICAL INFORMATION**

#### PPS – Polyphenylsiloxan
New technical high-performance plastic. This macromolecule consists of phenylene rings and one S-atom which provide a good chemical resistance even at high working temperatures. PPS is particularly suitable for the production of moulded pieces which are exposed to high mechanical and thermal stresses. Injection moulding is the most common processing technology for this material, in addition, single components can be made of semi-finished products by cutting. Special glass-fibre reinforced compounds offer an improved rigidity, sturdiness and dimensional stability under heat compared to non-reinforced compounds.



**Trade name**
Fortron®
by Hoechst
Ryton®
by Phillips
Petroleum
Chemicals
Alton®
by Intern.
Polymer Corp.

#### PEEK – Polyetheretherketone
Partly crystalline thermoplastic that withstands high temperatures. Due to its unique properties, PEEK is mainly used for high-value and highly stressable components. The high upper working temperature (+250 °C), the good chemical stability and resistance to hydrolysis as well as the high mechanical values of this material will allow PEEK to become the material of the future. PEEK components are commonly used as HPLC fittings, screw joints or as tubing. Its natural colour is brown, its price is considerably higher than that of PTFE or PFA.



**Trade name**
Victrex®
by Victrex
Hostatec®
by Hoechst

#### PP – Polypropylene
A polymer of ethylene with isostatic arrangement of methyl groups. It does not belong to the family of fluoroplastics. PP can be autoclaved (at +121 °C) and is distinguished by good mechanical and chemical properties almost up to its softening point. PP labware is unbreakable and an economical alternative with, however, restricted chemical and thermal resistance.

**Trade name**
Norolen®
by BASF
Hostalen®
by BASF

#### PA – Polyamides
Condensation polymers obtained either from amino acids respectively from their lactams (e. g. caproic lactam) or diamine and dicarboxylic acid (e. g. adipic acid and hexamethylene-diamine). In general, polyamides are defined according to the number of carbon atoms of their monomers, e. g. PA 6 = polycarbonic lactam or PA 12 = polylauric lactam. PA 6 is the most commonly used polyamide. All polyamides are characterised by high strength and scuff resistance. The application range varies from simple turned parts such as screws or nuts to plain bearings or toothed wheels.

**Trade name**
Ultramid®
by BASF
Durethan®
by Bayer
Grilon®
by Ems Chemie

## PS – Polystyrene

A polymerisation product of styrene. Polystyrene is one of the most commonly used plastic materials. For many years it has been processed by injection moulding, extruding or blowing. Because of its structure, it is transparent, hard and brittle. A disadvantage is its low thermal and chemical resistance.

## PMMA – Polymethylmethacrylate

An acrylic resin based on methyl methacrylate. It has become generally known under the trade name Plexiglas®. On the one hand, PMMA is approx. 60 times more elastic than window glass but on the other hand it is approx. 10 times more permeable than silicate glass. Of course, the hardness of its surface does not correspond to that of glass but compared with other materials it can easily be polished to high brilliance. As to weight, Polymethylmethacrylate is much more lightweight than normal window glass.



**Trade name**
Lacqrene®
by ATO

Vestyron®
by Innovene

Edistir®
by Montedison

**Trade name**
Plexiglas®
by Röhm

Perspex®
by ICI

Oroglas®
by Rohm and Haas

## Elastomers

Their main characteristic is their elasticity: Elastomers can easily be stretched and bent and return to their original shape and size after being released. These synthetic materials are most commonly used for o-rings, flat gaskets or resilient elements.

## NBR – Acrylonitrile-Butadiene-Caoutchouc

Elastomer on the base of acrylonitrile-butadiene-caoutchouc which is mainly used as budget-priced sealing material (e. g. O-rings for stop-cocks). This material has a good resistance to mineral oils and fats as well as to HFA, HFB and HFC-hydraulic fluids. It has a very good elasticity. PERBUNAN® (its well-known trade name of BAYER AG) is not resistant to brake fluids on the basis of glycol, HFD liquids, aromatic compounds (e. g. Benzole), ester, keton and amines as well as in concentrated acids and caustic solutions. Due to its restricted chemical resistance, PERBU-NAN® is not the ideal material for chemistry.

## FPM – Fluorocaoutchouc

Elastomer on the base of fluorocaoutchouc, more familiar as VITON® (DuPont). Many O-rings, lip seals and sleeves are made of FPM. It has a very good resistance to heat, chemicals, weather and ozone. Furthermore, it is resistant to sulphurated mineral oils and fats and to hardly inflammable HFD liquids (basis phosphor ester or chlorinated hydrocarbon). It is not resistant to anhydrous ammonia, caustic soda, potassium, ketones, ether, dioxane, as well as some amines and organic acids. For BOLA products, FPM is mainly used as sealing material, mostly protected from the medium by a PTFE sealing lip.

## EPDM

EPDM 3 is an elastomer on the base of ethylene-propylene-diene-caoutchouc which is mostly used for gaskets and O-rings. The main applications are in the area of hot water, steam and suds. It is not resistant to hydraulic fluids on the base of mineral oil but it is weather-proof, non-ageing and resistant to ozone. At BOLA, EPDM O-rings are mainly used for applications where VITON® O-rings are not sufficient.

## FFKM – Perfluoro-Caoutchouc

An elastic sealing material with natural recovery and good accommodation to the sealing surfaces and a chemical resistance comparable with PTFE. FFKM O-rings have a very high chemical and thermal resistance. Such seals can withstand virtually all kinds of chemicals and can be used at long duration conditions with temperatures up to +260 °C. Perfluoro-caoutchouc is better known under the trade names KALREZ® by DuPont respectively CHEMRAZ® by Greene Tweed.

# Materials - Physical Properties

216

TECHNICAL INFORMATION

| Property | Standard | Unit | PTFE[1] | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA[3] | PPS | PEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Density | DIN 53 479 | g/cm³ | 2.14–2.19 | 2.12–2.17 | 2.12–2.17 | 1.71–1.78 | 1.67–1.70 | 1.75–1.78 | 0.904–0.907 | 1.10–1.15 | 1.04–1.05 | 1.19 | 1.65 | 1.32 |
| Service temperature without loading | | °C | 250–260 | 250–260 | 200–205 | 150–180 | 150–180 | 150–170 | 90–100 | 80–100 | 55–70 | 80 | 250 | 260 |
| Inflammability | | | non-flammable | non-flammable | non-flammable | self extin-guishing | self extin-guishing | self extin-guishing | flammable | flammable | flammable | yes | self extin-guishing | V–0 |
| Water absorption | DIN 53 495 | % | <0.01 | 0.03 | <0.01 | <0.1 | <0.1 | 0.03 | <0.05 | 9–10 | <0.3 | — | 0.02 | 0.5 |
| Transparency | | | opaque | milky opaque | milky opaque | milky opaque | milky opaque | opaque | milky opaque | milky opaque | transparent | transparent | black | |
| Radioresistance | | MGy | 0.006 | 0.040 | 0.010 | 0.030 | 0.010 | 0.100 | 0.020 | 0.040 | 10 | 0.050 | — | |
| Food suitability | | | Yes | Yes | Yes | No | No | Yes | Yes | Yes | Yes | Yes | No | |

| Mechanical | Standard | Unit | PTFE[1] | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA[3] | PPS | PEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tensile strength 23 °C | DIN 53 456 | N/mm² | 29–39 | 27–32 | 19–25 | 36–48 | 41–54 | 38–50 | 25–40 | 40–60 | 35–60 | 72 | 195 | |
| at 70°C | | | | | | | | | 18–28 | 18–28 | 28–38 | 35 | 150 | |
| at 150°C | | | 14–20 | 15–21 | 4–6 | 8–12 | 3.5–4.5 | 7.5–10.5 | — | — | — | — | 70 | |
| Limit of elasticity 23 °C | DIN 53 455 | N/mm² | 10 | 14 | 12 | 24 | 34 | 46 | 25–40 | 40–80 | 32–57 | — | — | 97 |
| Elongation a. tear 23 °C | DIN 53 455 | % | 200–500 | 300 | 250–350 | 200–500 | 200–300 | 20–250 | 400–800 | 40–280 | 2–4 | — | 1.9 | 50 |
| Tension E-module 23 °C | DIN 53 457 | N/mm² | 400–800 | 650 | 350–700 | 500–1200 | 1200–1800 | 800–1800 | 1100–2100 | 1600–2000 | 2900–3500 | 3300 | 14700 | 3600 |
| Limit of bending stress at 23 °C | DIN 53 452 | N/mm² | 18–20 | 15 | — | 25–30 | 50 | 55 | 45–60 | 40–60 | breaks | | | |
| Bending E-module | DIN 53 457 | N/mm² | 600–800 | 650–700 | 660–680 | 1000–1500 | 1700 | 1200–1400 | 800–1500 | 1000–1600 | 3000–3400 | | | |
| Ball hardness 132/60 | DIN 53 456 | N/mm² | 25–30 | 25–30 | 23–29 | 34–40 | 55–65 | 62–68 | 58–80 | 50–80 | 110–160 | — | — | 200 |
| Rockwell hardness R | ASTM d-785 | | — | — | — | 45–55 | 85–95 | 100–115 | — | 90–100 | — | — | 100 | 99 |
| Shore hardness D | DIN 53 505 | | 55–72 | 60–65 | 55–60 | 63–75 | 70–80 | 73–85 | 70–75 | — | — | — | — | |
| Coefficient of friction dyn. against steel, dry | [2] | | 0.05–0.2 | 0.2–0.3 | 0.3–0.35 | 0.3–0.5 | 0.65 | 0.2–0.4 | 0.3–0.35 | 0.3–0.35 | — | 0.5 | 0.4 | |

| Thermal | Standard | Unit | PTFE[1] | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA[3] | PPS | PEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Melting temperature | ASTM 2116 | °C | 327 | 300–310 | 253–282 | 265–275 | 240–247 | 165–178 | 158–167 | 215–221 | — | — | 285 | 335 |
| Dimensional stability u. heat A (18,5)Kp/cm² | DIN 53 461 | °C | 50–60 | — | 51 | 71–74 | 76 | 80–92 | 55–60 | 55–80 | 70–88 | 105 | — | 152 |
| heat B (4,6) Kp/cm² | DIN ISO R 75 | | 130–140 | — | 70 | 104 | 115 | 146–150 | 85–95 | 165–195 | 76–100 | — | — | |
| Coeff. of linear thermal expansion | | 1K x 10⁻⁵ | 10–16 | 10–16 | 8–14 | 8–12 | 4–8 | 8–12 | 15–18 | 6–12 | 6–8 | 7 | 2.6– 4.8 | |
| Thermal conductivity at 23 °C | DIN 52612 | W/K x m | 0.23 | 0.22 | 0.20 | 0.23 | 0.15 | 0.17 | 0.22 | 0.21–0.23 | 0.15–0.16 | 0.19 | 0.20 | 0.25 |
| Specific heat at 23 °C | | Kj /Kg x K | 1.01 | 1.09 | 1.17 | 1.95 | — | 1.38 | 1.68 | 1.5–2.1 | 1.18–1.34 | — | — | 2.16 |
| Oxygen value | | % | >95 | >95 | >95 | 30 | 60 | 43 | <30 | <30 | <30 | 1.47 | 56 | 35 |

| Electrical | Standard | Unit | PTFE[1] | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA[3] | PPS | PEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dielectric constant at 10³ | DIN 53 483 | | 2.0–2.1 | 2.06–2.1 | 2.1 | 2.6 | 2.6 | 7.8–9.0 | 2.26–2.4 | 4–12 | 2.4–2.74 | 3.6 | 4.0 | 3.2 |
| at 10⁶ | | | 2.0–2.1 | 2.06–2.1 | 2.06–2.1 | 2.6 | 2.5 | 6.4–7.6 | 2.25 | 3.5–9 | 2.5 | 2.7 | 4.1 | 3.2 |
| Dielectric loss factor at 10³ | DIN 53 483 | 10⁻⁴ | 0.3–0.5 | 0.2 | 2–8 | 6–8 | 90 | 120–200 | <4 | 270–2700 | 1–20 | 0.06 | 2 | 3.0 |
| at 10⁶ | | | 0.7–1.0 | 0.8 | 2–8 | 50 | 90 | 1500–1900 | <5 | 300–3300 | 1–14 | 0.02 | 20 | |
| Volume resistivity | DIN 53 482 | Ω x cm | 10¹⁸ | 10¹⁸ | 10¹⁸ | 10¹⁶ | 10¹⁵ | 10¹⁴ | >10¹⁶ | 10¹² | >10¹¹ | 10¹⁵ | >10^13 | 5x10¹⁶ |
| Surface resistivity | DIN 53 482 | Ω | 10¹⁷ | 10¹⁷ | 10¹⁶ | 10¹⁴ | 10¹⁴ | 10¹³ | >10¹³ | 10¹⁰ | >10¹³ | 5 x 10¹³ | >10^15 | 10¹⁷ |
| Creep resistance | DIN 53 480 | | KA3c | — | KA3c | — | — | KA1 | KA3c | KA3a-b | KA2-1 | 600 | — | KC 150 |
| Arc resistance | ASTM 495 | sec | >360 | — | >300 | >75 | 135 | >30 | — | — | — | — | — | |
| Dielectric strength | DIN 53 481 | KV/mm | 40–80 | 50–80 | 50–80 | 60–90 | 50–80 | 40–80 | 60–90 | 30–80 | 60–90 | 30 | 25–28 | 25 |

| Gas permeability | Standard | Unit | PTFE[1] | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA[3] | PPS | PEEK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrogen permeability | | cm³/m² d/bar | 0.7 | — | 3.8 | 4.7 | 1.5 | 0.06 | 4.3 | 0.5 | 0.27 | 1 | — | |
| Oxygen permeability | | cm³/m² d/bar | 2.05 | — | 30 | 15.6 | 0.39 | 0.05 | 19 | 1.2 | 2.35 | 1 | — | |
| Carbon dioxide permeability | | cm³/m² d/bar | 5.7 | — | 60 | 38 | 17 | 0.2 | 61 | 4 | 8 | — | — | |
| Water vapor permeability | | g/m²/d | 0.03 | — | 2 | 0.6 | 9 | 4.5 | 2.1 | 1 | 14 | 300 | — | |

[1] Not extrudable thermoplastic   »   [2] Not a standardised test. Friction coefficient is subject to different effects and can therefore only be used as a guide.
[3] Tested partially by methods other than those stated; upon request additional physical characteristics available based on the actual test methods used.

**All information stated without engagement.**

# Materials – Chemical Resistance

## Please note:

All information in our catalogue is based on current technical knowledge, experience and manufacturers´ data. Users should check the suitability of parts and materials described in the catalogue before purchase.

BOLA does not accept any warranty claims as to suitability and fitness of purpose of the materials and products described in this catalogue. Users should avoid making any assumptions on, or interpretation of, the data herein. **Therefore we cannot provide warranty and cannot accept responsibility for any damage.**

## Categories of substances

| Classes of substances at +20 °C | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|
| Aldehydes | + | + | + | + | + | + | ○ | ○ | — | — |
| Alcohols | + | + | + | + | + | + | + | — | ○ | ○ |
| Amines | + | + | + | + | + | ○ | ○ | ○ | + | — |
| Bases/Caustic solutions | + | + | + | + | + | + | + | ○ | ○ | — |
| Esters | + | + | + | + | + | + | ○ | + | — | — |
| Ether | + | + | + | ○ | ○ | ○ | ○ | ○ | — | — |
| Glycols | + | + | + | + | + | + | + | + | + | ○ |
| Ketones | + | + | + | + | ○ | ○ | ○ | ○ | + | — |
| Hydrocarbons, aliphatic | + | + | + | + | + | + | + | + | — | — |
| Hydrocarbons, aromatic | + | + | + | + | + | + | ○ | + | — | — |
| Hydrocarbons, halogenated | ○ | + | + | + | + | + | ○ | ○ | — | — |
| Mineral oils | + | + | + | + | + | + | — | + | + | ○ |
| Oxidizing agents, strong | + | + | + | + | ○ | ○ | + | ○ | — | — |
| Vegetable oils | + | + | + | + | + | + | ○ | + | + | ○ |
| Acids inorganic | + | + | + | ○ | ○ | + | + | — | + | ○ |
| Acids organic | + | + | + | ○ | ○ | + | + | — | ○ | + |
| Lubricating oils | + | + | + | + | + | + | + | + | + | + |

## Substances

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accumulator acid | 20 | + | + | + | + | + | + | + | — | + | — |
| Acetaldehyde | 100 | + | + | + | + | + | + | ○ | — | — | ○ |
| Acetamide | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Acetic acid | 100 | + | + | + | + | + | + | + | — | ○ | — |
| Acetic acid amide | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Acetic acid anhydride | 100 | + | + | + | + | + | — | ○ | — | — | — |
| Acetic acid butyl ester | 100 | + | + | + | + | + | + | ○ | + | — | — |
| Acetic acid chloride | 100 | + | + | + | + | + | + | ○ | ○ | — | — |
| Acetic acid ethyl ester | 100 | + | + | + | + | + | — | ○ | + | — | — |
| Acetic acid pentyl ester | 100 | + | + | + | + | + | + | ○ | + | — | + |
| Acetic anhydride | 100 | + | + | + | + | + | — | ○ | — | — | — |
| Acetone | 100 | + | + | + | + | + | + | — | + | + | — |
| Acetonitrile | 100 | + | + | + | + | + | ○ | + | + | — | — |
| Acetophenone | 100 | + | + | + | + | + | + | + | + | — | — |
| Acetyl benzene | 100 | + | + | + | + | + | + | + | + | — | — |
| Acetyl chloride | 100 | + | + | + | + | + | + | ○ | ○ | + | — |
| Acetylene tetrachloride | 100 | + | + | + | — | — | + | — | + | — | — |
| Acetylsalicylic acid | 100 | + | + | + | + | + | + | + | + | + | — |
| Acetone-2 | 100 | + | + | + | + | + | + | — | + | + | — |
| Acrylic acid butyl ester | 100 | + | + | + | + | + | ○ | ○ | + | — | — |
| Acrylic acid ethylic ester | 100 | + | + | + | + | + | ○ | ○ | + | — | — |
| Acrylonitrile | 100 | + | + | + | + | + | ○ | ○ | + | — | — |
| Adipic acid | 100 | + | + | + | + | + | + | + | + | + | — |
| Alcohol | 100 | + | + | + | + | + | + | + | — | ○ | ○ |
| Alcohol denatured | 100 | + | + | + | + | + | + | + | — | ○ | ○ |
| Alkyl acetone | 100 | + | + | + | + | + | + | + | + | — | — |
| Alkyl alcohol | 100 | + | + | + | + | + | + | + | — | ○ | — |
| Alkyl chloride | 100 | + | + | + | + | + | ○ | ○ | — | — | — |
| Allylether acetate | 100 | + | + | + | + | + | + | + | — | ○ | — |
| Alum | 100 | + | + | + | + | + | + | + | — | ○ | ○ |
| Alumina | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium acetate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium chloride | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Aluminium fluoride | 100 | + | + | + | + | + | + | + | + | + | — |
| Aluminium hydroxide | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium hydroxidacetate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium nitrate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium oxide | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Aluminium sulfate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Amino acid | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Aminoacetic acid | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Aminobenzene | 100 | + | + | + | ○ | ○ | + | + | — | — | ○ |
| Amino methane | 100 | + | + | + | + | + | + | + | — | ○ | + |
| Ammonia | 100 | + | + | + | + | + | + | ○ | ○ | ○ | — |
| Ammonia solution | 100 | + | + | + | + | + | + | + | ○ | ○ | — |
| Ammonium acetate | 100 | + | + | + | + | + | + | + | + | + | + |
| Ammonium alum | 100 | + | + | + | + | + | + | + | + | ○ | — |

**Definitions and abbreviations:**
**+  Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
**○  Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
**—  Poor resistance** – the plastic material can be deformed or destroyed.

217

TECHNICAL INFORMATION

# Materials - Chemical Resistance

## Substances

TECHNICAL INFORMATION

218

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ammon.aluminiumsulfate | 100 | + | + | + | + | + | + | + | + | o | − |
| Ammonium carbonate | 100 | + | + | + | + | + | + | + | + | + | − |
| Ammonium chloride | 100 | + | + | + | + | + | + | + | o | + | − |
| Ammonium fluoride | 100 | + | + | + | + | + | + | + | o | + | − |
| Ammonium hydroxide | 25 | + | + | + | + | + | + | + | o | o | − |
| Ammonium nitrate | 100 | + | + | + | + | + | + | + | o | o | o |
| Ammonium oxalate | 100 | + | + | + | + | + | + | + | o | + | o |
| Ammon. peroxodisulfate | 100 | + | + | + | + | + | + | − | + | − | |
| Ammonium persulfate | 100 | + | + | + | + | + | + | − | + | o | |
| Ammonium phosphate | 100 | + | + | + | + | + | + | + | − | + | o |
| Ammonium sulfate | 100 | + | + | + | + | + | + | + | + | o | o |
| Ammonium sulfide | 100 | + | + | + | + | + | + | + | + | o | − |
| Ammon nitrate | 100 | + | + | + | + | + | + | o | o | o | |
| Ammon salpeter | 100 | + | + | + | + | + | + | o | o | o | |
| Ammon sulfate | 100 | + | + | + | + | + | + | o | o | o | |
| Amyl acetate | 100 | + | + | + | + | + | + | + | − | + | |
| Amyl alcohol | 100 | + | + | + | + | + | + | o | + | o | |
| Aniline | 100 | + | + | + | o | o | + | + | − | o | |
| Anisole | 100 | + | + | + | + | + | o | − | − | | |
| Anone | 100 | + | + | + | + | + | o | + | − | | |
| Antichlor | 100 | + | + | + | + | + | + | o | + | + | |
| Antifreezing compound | 100 | + | + | + | + | + | + | + | o | o | |
| Antimonous chloride | 100 | + | + | + | + | + | + | − | + | o | |
| Antimony butter | 100 | + | + | + | + | + | + | − | + | o | |
| Antimony trichloride | 100 | + | + | + | + | + | + | − | + | o | |
| Aqua Regia | 100 | + | + | + | + | o | − | − | − | | |
| Arsenic acid | 100 | + | + | + | + | + | + | o | o | − | |
| Arsenic IVl-oxide hydrate | 100 | + | + | + | + | + | + | o | o | − | |
| Asphalt | 100 | + | + | + | + | + | o | + | − | o | |
| Aviation gasoline | 100 | + | + | + | + | + | + | o | − | − | |
| Azotic acid | 65 | + | + | + | + | + | o | − | − | − | |
| **B** | | | | | | | | | | | |
| Barium carbonate | 100 | + | + | + | + | + | + | + | + | + | |
| Barium chloride | 100 | + | + | + | + | + | + | + | + | + | |
| Barium cyanide | 100 | + | + | + | + | + | + | − | + | + | o |
| Barium hydroxide | 100 | + | + | + | + | + | o | + | + | − | |
| Barium sulfate | 100 | + | + | + | + | + | + | + | + | o | |
| Barium sulfide | 100 | + | + | + | + | + | + | o | + | o | |
| Baryta hydrate | 100 | + | + | + | + | + | + | o | + | − | |
| Battery acid | 20 | + | + | + | + | + | + | − | + | + | |
| Beer | 100 | + | + | + | + | + | + | + | + | + | |
| Benzaldehyde | 100 | + | + | + | + | + | + | − | − | o | |
| Benzoic acid | 100 | + | + | + | + | + | + | o | o | | |
| Benzene | 100 | + | + | + | + | + | o | − | − | − | |
| Benzene diol-1,3 | 50 | + | + | + | + | + | + | − | o | o | |
| Benzyl acetate | 100 | + | + | + | + | + | + | + | − | o | |
| Benzyl alcohol | 100 | + | + | + | + | + | − | − | − | − | |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Benzyl chloride | 100 | + | + | + | + | + | + | − | − | − | |
| Benzoic aldehyde | 100 | + | + | + | + | + | + | + | + | − | o |
| Benzoyl chloride | 100 | + | + | + | + | + | + | − | − | − | |
| Benzylsulfonic acid | 100 | + | + | + | + | + | + | o | o | − | |
| Benzyl acetate | 100 | + | + | + | + | + | + | + | + | − | o |
| Bisulfite SO₂ | 100 | + | + | + | + | + | + | + | o | o | o |
| Bitumen | 100 | + | + | + | + | + | + | o | + | + | o |
| Bone glue | 100 | + | + | + | + | + | + | + | o | o | o |
| Borax | 100 | + | + | + | + | + | + | + | + | + | o |
| Boric acid | 100 | + | + | + | + | + | + | + | o | + | o |
| Bornanone-2 | 100 | + | + | + | + | + | + | + | + | + | o |
| Brake fluid | 100 | + | + | + | + | + | + | + | + | + | o |
| Brine | 25 | + | + | + | + | + | + | + | + | + | + |
| Bromine | 100 | + | + | + | + | + | + | − | − | − | − |
| Bromomethane | 100 | + | + | + | + | + | + | o | o | − | |
| Butadiene-1,3 | 100 | + | + | + | + | + | + | − | o | − | |
| Butane | 100 | + | + | + | + | + | + | + | + | o | o |
| Butane acid | 100 | + | + | + | + | + | + | − | o | − | o |
| Butane diacid | 100 | + | + | + | + | + | + | + | + | + | o |
| Butanol | 100 | + | + | + | + | + | + | + | o | + | o |
| Butyl acetate | 100 | + | + | + | + | + | + | o | o | − | − |
| Butyl alcohol | 100 | + | + | + | + | + | + | + | o | o | o |
| Butyl glycolate | 100 | + | + | + | + | + | + | + | + | + | + |
| Butyl ether | 100 | + | + | + | + | + | + | − | + | − | |
| Butyl phenol | 100 | + | + | + | + | + | + | o | − | − | |
| Butyric acid | 100 | + | + | + | + | + | + | + | + | − | o |
| **C** | | | | | | | | | | | |
| Calcium acetate | 100 | + | + | + | + | + | + | + | + | o | o |
| Calcium bicarbonate | 100 | + | + | + | + | + | + | + | + | + | − |
| Calcium carbonate | 100 | + | + | + | + | + | + | + | + | + | − |
| Calcium chloride | 100 | + | + | + | + | + | + | + | + | + | + |
| Calcium hydrogen carbonate | 100 | + | + | + | + | + | + | + | + | + | + |
| Calcium hydroxide | 100 | + | + | + | + | + | + | + | + | o | − |
| Calcium hypochloride | 100 | + | + | + | + | + | + | + | − | − | − |
| Calcium nitrate | 100 | + | + | + | + | + | + | + | + | − | − |
| Calcium oxide | 100 | + | + | + | + | + | + | + | + | + | + |
| Calcium sulfate | 100 | + | + | + | + | + | + | + | + | + | − |
| Calcium sulfide | 100 | + | + | + | + | + | + | + | + | + | − |
| Camphor | 100 | + | + | + | + | + | + | + | + | o | o |
| Camphora | 100 | + | + | + | + | + | + | + | + | o | o |
| Camphoric oil | 100 | + | + | + | + | + | + | + | + | + | o |
| Carbamide | 100 | + | + | + | + | + | + | + | + | + | − |
| Carbolic acid | 100 | + | + | + | + | + | + | o | − | − | − |
| Carbon disulfide | 100 | + | + | + | + | + | + | − | − | − | − |
| Carbon tetrachloride | 100 | + | + | + | + | + | + | o | − | − | − |
| Carbonic acid | 100 | + | + | + | + | + | + | + | + | o | o |
| Caustic baryta | 100 | + | + | + | + | + | + | o | + | + | − |

**Definitions and abbreviations:**

+ **Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.

o **Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.

− **Poor resistance** – the plastic material can be deformed or destroyed.

# Materials – Chemical Resistance

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Caustic potash | 100 | + | + | + | + | + | + | + | o | o | o |
| Caustic potash solution | 100 | + | + | + | + | + | + | + | o | o | o |
| Caustic soda | 85 | + | + | + | + | + | + | + | o | + | − |
| Cellosolve® | 100 | + | + | + | + | + | + | + | − | − | − |
| Cetyl alcohol | 100 | + | + | + | + | + | + | + | + | + | + |
| Chalk | 100 | + | + | + | + | + | + | + | + | + | + |
| Chlorine | 100 | + | + | + | + | + | + | o | − | − | − |
| Chloral hydrate | 100 | + | + | + | + | + | + | o | − | − | − |
| Chloric acid | 25 | + | + | + | + | + | + | + | − | − | o |
| Chloroacetic acid | 100 | + | + | + | + | + | + | + | − | o | − |
| Chlorobenzene | 100 | + | + | + | + | + | + | o | + | − | − |
| Chloroethane | 100 | + | + | + | + | + | + | o | o | o | − |
| Chloroethanol-2 | 100 | + | + | + | + | + | + | o | − | o | − |
| Chloroethyl | 100 | + | + | + | + | + | + | o | o | o | − |
| Chlorethylene | 100 | + | + | + | o | o | + | − | − | − | − |
| Chloroform | 100 | + | + | + | o | o | + | o | o | − | − |
| Chlorofluorocarbon (FFC) | 100 | + | + | + | + | + | + | + | − | o | o |
| Chloromethane | 100 | + | + | + | + | + | − | o | o | − |  |
| Chloropropene-3 | 100 | + | + | + | + | + | o | o | − | − | − |
| Chlorosulfonic acid | 100 | + | + | + | + | + | + | − | − | − | − |
| Chlorotoluene | 100 | + | + | + | + | + | + | − | − | − | − |
| Chromium(VI) oxide | 100 | + | + | + | + | + | + | + | − | o | − |
| Chromic acid | 50 | + | + | + | + | + | + | o | − | − | − |
| Chromic anhydride | 100 | + | + | + | + | + | + | + | − | o | − |
| Chromic sulfuric acid | 100 | + | + | + | + | + | + | o | − | − | − |
| Chromium trioxide | 100 | + | + | + | + | + | + | + | − | o | − |
| Citric acid | 10 | + | + | + | + | + | + | + | + | + | o |
| Coal tar particles | 100 | + | + | + | + | + | + | o | + | + | o |
| Cod liver oil | 100 | + | + | + | + | + | + | + | + | + | + |
| Copper chloride | 100 | + | + | + | + | + | + | + | − | + | + |
| Copper(I) cyanide | 50 | + | + | + | + | + | + | + | + | + | o |
| Copper(II) nitrate | 100 | + | + | + | + | + | + | + | o | + | + |
| Copper(II) sulfate | 100 | + | + | + | + | + | + | + | + | o | o |
| Cresol | 100 | + | + | + | + | + | + | o | − | − | − |
| Cumene | 100 | + | + | + | + | + | + | o | − | − | − |
| Cyclohexane | 100 | + | + | + | + | + | + | o | + | − | − |
| Cyclohexanol | 100 | + | + | + | + | + | + | o | − | − | − |
| Cyclohexanone | 100 | + | + | + | + | + | o | + | o | − | − |
| **D** | | | | | | | | | | | |
| D-Glucose | 100 | + | + | + | + | + | + | + | + | + | + |
| Decahydronaphthalene | 100 | + | + | + | + | + | + | o | − | − | − |
| Decalin | 100 | + | + | + | + | + | + | o | − | − | o |
| Decane | 100 | + | + | + | + | + | + | o | + | o | − |
| Denatured alcohol | 100 | + | + | + | + | + | + | + | − | o | o |
| Desiccator grease | 100 | + | + | + | + | + | + | + | o | − | − |
| Dextrin | 100 | + | + | + | + | + | + | + | + | + | + |
| Dextrose | 100 | + | + | + | + | + | + | + | + | + | + |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Diacetone | 100 | + | + | + | + | + | − | + | − | o | o |
| Diacetone alcohol | 100 | + | + | + | + | + | − | + | − | o | o |
| Diaminoethane | 100 | + | + | + | + | + | + | + | − | − | − |
| Dibutyl ether | 100 | + | + | + | + | + | + | + | − | − | − |
| Dichloroacetic acid | 100 | + | + | + | + | + | + | + | − | o | − |
| Dichlorobenzene | 100 | + | + | + | + | + | + | o | + | − | − |
| Dichloroethane | 100 | + | + | + | + | + | + | + | − | − | − |
| Dichloromethane | 100 | + | + | + | + | o | o | − | o | o | − |
| Diesel fuel | 100 | + | + | + | + | + | + | + | + | − | o |
| Diethanolamine | 100 | + | + | + | + | + | − | + | + | o | o |
| Diethyl ether | 100 | + | + | + | + | + | + | o | + | − | − |
| Diethylamine | 100 | + | + | + | + | + | − | + | + | − | − |
| Diethyle ketone | 100 | + | + | + | o | + | − | o | + | − |  |
| Diethylene glycol | 100 | + | + | + | + | + | + | + | + | o | o |
| Diethylene oxide | 100 | + | + | + | + | + | + | o | + | − | − |
| Diglycol | 100 | + | + | + | + | + | + | + | + | o | o |
| Dihydroxybenzene | 100 | + | + | + | + | + | + | − | − | o | o |
| Dihydroxybenzene-1,3 | 50 | + | + | + | + | + | + | − | − | o | o |
| Diisobutyl ketone | 100 | + | + | + | o | o | − | o | + | − |  |
| Dimethyl benzene | 100 | + | + | + | + | + | + | o | + | − | − |
| Dimethyl ether | 100 | + | + | + | + | + | + | o | + | − | − |
| Dimethyl formamide | 100 | + | + | + | o | o | − | + | + | − | − |
| Dimethyl sulfoxide | 100 | + | + | + | + | + | − | + | + | o | − |
| Dimethylamine | 100 | + | + | + | + | + | + | + | + | o | − |
| Dioxane | 100 | + | + | + | + | + | − | o | + | − | − |
| Diphenyl ether | 100 | + | + | + | + | + | + | o | + | − | − |
| Diphenyl oxide | 100 | + | + | + | + | + | + | o | + | − | − |
| Dipropylene glycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Disodium tetraborate | 100 | + | + | + | + | + | + | + | + | + | o |
| Disulfide | 100 | + | + | + | + | + | + | o | + | o | − |
| DMSO | 100 | + | + | + | + | + | − | + | + | o | − |
| **E** | | | | | | | | | | | |
| Eau de Javelle | 20 | + | + | + | + | + | + | + | o | − | − |
| Ethanal | 100 | + | + | + | + | + | + | + | o | − | − |
| Ethane diacid | 100 | + | + | + | + | + | + | + | o | − | − |
| Ethane diamine-1,2 | 100 | + | + | + | + | + | + | + | − | − | − |
| Ethane diol-1,2 | 100 | + | + | + | + | + | + | + | + | + | + |
| Ethanol | 100 | + | + | + | + | + | + | + | + | o | o |
| Ether | 100 | + | + | + | + | + | + | − | + | − | − |
| Ethyl acetate | 100 | + | + | + | + | + | − | o | + | − | |
| Ethyl acrylate | 100 | + | + | + | + | + | o | o | + | − | |
| Ethyl alcohol | 100 | + | + | + | + | + | + | + | + | o | o |
| Ethyl benzene | 100 | + | + | + | o | o | o | o | + | − | − |
| Ethyl chloride | 100 | + | + | + | + | + | + | o | o | − | − |
| Ethyl ether | 100 | + | + | + | + | + | + | − | + | − | − |
| Ethylene chlorohydrine | 100 | + | + | + | + | + | + | o | + | − | − |
| Ethylene glycol | 100 | + | + | + | + | + | + | + | + | + | + |

**Definitions and abbreviations:**
+ **Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
● **Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
− **Poor resistance** – the plastic material can be deformed or destroyed.

# Materials - Chemical Resistance

## Substances

220

**TECHNICAL INFORMATION**

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethylene glycol ethyl ether | 100 | + | + | + | + | + | + | + | − | − | − |
| Ethylene methyl ketone | 100 | + | + | + | + | + | + | + | + | − | − |
| Ethylene oxide | 100 | + | + | + | + | + | + | o | + | − | − |
| Ethylenediamine | 100 | + | + | + | + | + | + | + | − | − | − |
| **F** | | | | | | | | | | | |
| Fatty acids | 100 | + | + | + | + | + | + | + | + | + | + |
| Ferric chloride | 100 | + | + | + | + | + | + | + | + | + | o |
| Ferric nitrate | 100 | + | + | + | + | + | + | + | + | + | + |
| Ferric sulfate | 100 | + | + | + | + | + | + | + | + | + | o |
| Fertilizer | 100 | + | + | + | + | + | + | + | + | o | o |
| Fixing baths | 100 | + | + | + | + | + | o | + | + | − | − |
| Fluorhydric acid | 45 | + | + | + | + | + | + | + | − | − | − |
| Fluorine | 100 | + | + | + | + | + | + | o | − | − | − |
| Fluosilicic acid | 100 | + | + | + | + | + | + | + | − | o | o |
| Formaldehyde | 40 | + | + | + | + | + | + | + | o | − | − |
| Formic acid | 100 | + | + | + | + | + | + | + | − | + | o |
| Formic acid amide | 100 | + | + | + | + | + | + | + | o | − | − |
| Formalin | 40 | + | + | + | + | + | + | + | o | − | − |
| Formamide | 100 | + | + | + | + | + | + | + | o | − | − |
| Fruit juice | 100 | + | + | + | + | + | + | + | + | o | + |
| Fuel oil | 100 | + | + | + | + | + | + | + | + | − | + |
| Furfural | 100 | + | + | + | + | o | − | − | − | − | − |
| Furfurol | 100 | + | + | + | + | + | o | − | o | − | − |
| Furfuryl aldehyde | 100 | + | + | + | + | o | − | o | − | − | − |
| **G** | | | | | | | | | | | |
| Gasoline, aromatic | 100 | + | + | + | + | + | + | o | + | − | − |
| Gasoline, leaded | 100 | + | + | + | + | + | + | + | + | − | − |
| Gasoline, test | 100 | + | + | + | + | + | + | o | + | − | − |
| Gasoline, unleaded | 100 | + | + | + | + | + | + | o | + | − | − |
| Gelatine | 100 | + | + | + | + | + | + | + | + | + | o |
| Glacial acetic acid | 100 | + | + | + | + | + | + | + | − | o | − |
| Glauber's salt | 100 | + | + | + | + | + | + | + | o | + | + |
| Glue | 100 | + | + | + | + | + | + | + | o | o | o |
| Glycerin | 100 | + | + | + | + | + | + | + | + | + | + |
| Glycine | 10 | + | + | + | + | + | + | + | + | + | o |
| Glycocoll | 10 | + | + | + | + | + | + | + | + | + | o |
| Glycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Glycolic acid | 100 | + | + | + | + | + | + | + | o | o | o |
| Grape sugar | 100 | + | + | + | + | + | + | + | + | + | + |
| Grease and oil | 100 | + | + | + | + | + | + | + | + | + | + |
| Gypsum | 100 | + | + | + | + | + | + | + | − | − | − |
| **H** | | | | | | | | | | | |
| Heptane | 100 | + | + | + | + | + | + | o | + | − | − |
| Hexadecanol | 100 | + | + | + | + | + | + | + | + | − | − |
| Hexafluorosilicic acid | 100 | + | + | + | + | + | + | − | o | o | o |
| Hexane | 100 | + | + | + | + | + | + | o | + | − | − |
| Hexane diacid | 100 | + | + | + | + | + | + | + | + | + | − |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hexane triol-1,2,6 | 100 | + | + | + | + | + | + | + | + | − | + |
| Hexanol | 100 | + | + | + | + | + | + | + | o | o | o |
| Hexyl alcohol | 100 | + | + | + | + | + | + | + | o | + | o |
| Hydrazine hydrate | 100 | + | + | + | o | o | − | − | − | − | o |
| Hydrobromic acid | 100 | + | + | + | + | + | + | + | − | − | − |
| Hydrochloric acid | 37 | + | + | + | + | + | + | + | − | o | o |
| Hydrocyanic acid | 100 | + | + | + | + | + | + | + | o | o | o |
| Hydrofluorocarbons | 100 | + | + | + | + | + | + | + | − | − | − |
| Hydrofluoric acid | 45 | + | + | + | + | + | + | + | − | − | − |
| Hydrogen peroxide | 90 | + | + | + | + | + | + | + | − | − | − |
| Hydrogen sulfide | 100 | + | + | + | + | + | + | + | − | + | − |
| Hydrogen sulfite | 100 | + | + | + | + | + | + | + | o | o | o |
| Hydroquinone | 100 | + | + | + | + | + | + | + | − | − | + |
| Hydrosulfide | 100 | + | + | + | + | + | + | + | − | + | − |
| Hydroxybenzoic acid | 100 | + | + | + | + | + | + | + | − | − | − |
| Hydroxyacetic acid | 100 | + | + | + | + | + | + | + | + | o | o |
| Hydroxypropionic acid-2 | 100 | + | + | + | + | + | + | + | o | + | o |
| **I** | | | | | | | | | | | |
| Iodine | 100 | + | + | + | + | + | + | o | − | − | − |
| Iodine tincture | 100 | + | + | + | + | + | + | o | − | − | − |
| Isobutyl acetate | 100 | + | + | + | + | + | + | o | − | − | − |
| Isobutyl alcohol | 100 | + | + | + | + | + | + | + | − | o | o |
| Isooctane | 100 | + | + | + | + | + | + | + | + | − | − |
| Isopropanol | 100 | + | + | + | + | + | + | + | o | o | + |
| Isopropyl acetate | 100 | + | + | + | + | + | + | o | o | − | − |
| Isopropyl alcohol | 100 | + | + | + | + | + | + | + | o | o | + |
| Isopropyl benzene | 100 | + | + | + | + | + | + | o | o | − | − |
| Isopropyl ether | 100 | + | + | + | + | + | + | − | o | − | − |
| Isovaleron | 100 | + | + | + | o | o | − | o | + | − | − |
| **J** | | | | | | | | | | | |
| Javelle water | 20 | + | + | + | + | + | + | + | o | − | − |
| **K** | | | | | | | | | | | |
| Kerosene | 100 | + | + | + | + | o | o | o | o | − | − |
| Kerosine | 100 | + | + | + | + | + | + | + | − | − | − |
| **L** | | | | | | | | | | | |
| Lactic acid | 100 | + | + | + | + | + | + | + | o | + | o |
| Lanoline | 100 | + | + | + | + | + | + | + | + | + | + |
| Lead(II) acetate | 100 | + | + | + | + | + | + | + | + | o | o |
| Lead sugar | 100 | + | + | + | + | + | + | + | + | o | o |
| Lead tetraethyl | 100 | + | + | + | + | + | + | + | + | o | − |
| Lime | 100 | + | + | + | + | + | + | + | + | + | + |
| Linseed oil | 100 | + | + | + | + | + | + | + | + | + | + |
| Lubricating oil | 100 | + | + | + | + | + | + | + | + | − | + |
| **M** | | | | | | | | | | | |
| Machinery oil | 100 | + | + | + | + | + | + | + | + | − | − |
| Magnesium carbonate | 100 | + | + | + | + | + | + | + | o | o | + |
| Magnesium chloride | 100 | + | + | + | + | + | + | + | + | o | o |

**Definitions and abbreviations:**
+ **Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
o **Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
− **Poor resistance** – the plastic material can be deformed or destroyed.

# Materials – Chemical Resistance

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magnesium hydroxide | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Magnesium nitrate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Magnesium sulfate | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Maleic acid | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Marble lime hydrate | 100 | + | + | + | + | + | + | + | + | ○ | − |
| MEK | 100 | + | + | + | + | + | + | + | + | − | − |
| Menthol | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Mercury | 100 | + | + | + | + | + | + | ○ | + | ○ | + |
| Mercury(II)-chloride | 100 | + | + | + | + | + | + | + | + | + | + |
| Mercury(II)-cyanide | 50 | + | + | + | + | + | + | + | + | + | ○ |
| Mercury(II)-nitrate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Methacrylic ester | 100 | + | + | + | ○ | ○ | ○ | − | + | − | − |
| Methanal | 40 | + | + | + | + | + | + | + | ○ | − | − |
| Methanol | 100 | + | + | + | + | + | + | + | − | ○ | ○ |
| Methoxyethanol | 100 | + | + | + | + | + | + | + | + | + | + |
| Methoxybenzene | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Methoxybutanol | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| Methyl acetate | 100 | + | + | + | + | + | − | ○ | + | − | − |
| Methyl alcohol | 100 | + | + | + | + | + | + | − | ○ | ○ | ○ |
| Methyl amine | 100 | + | + | + | + | + | + | + | − | ○ | + |
| Methyl benzene | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Methyl bromide | 100 | + | + | + | + | + | + | ○ | ○ | − | − |
| Methyl butyl ketone | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| Methyl cellosolve | 100 | + | + | + | + | + | + | + | + | + | + |
| Methyl chloride | 100 | + | + | + | + | + | − | ○ | ○ | − | − |
| Methyl cyanide | 100 | + | + | + | + | + | ○ | + | + | − | − |
| Methyl ether | 100 | + | + | + | + | + | + | − | + | ○ | − |
| Methyl ethyl ether | 100 | + | + | + | + | + | + | − | + | ○ | + |
| Methyl ethyl ketone | 100 | + | + | + | + | + | + | + | − | − | − |
| Methyl ethyl ketone-2 | 100 | + | + | + | + | + | + | + | + | − | + |
| Methyl glycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Methyl isobutyl ketone | 100 | + | + | + | ○ | ○ | + | ○ | + | − | − |
| Methyl methacrylate | 100 | + | + | + | + | + | + | + | − | + | − |
| Methyl phenylketone | 100 | + | + | + | + | + | + | + | − | − | − |
| Methylenchlorid | 100 | + | + | + | ○ | ○ | − | ○ | ○ | − | − |
| Methyl pentanone | 100 | + | + | + | ○ | ○ | + | ○ | + | − | − |
| Milk | 100 | + | + | + | + | + | + | + | + | + | + |
| Mineral oil | 100 | + | + | + | + | + | + | + | + | + | + |
| Mineral oil, non-aromatic | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Monochloroacetic acid | 100 | + | + | + | + | + | + | + | − | ○ | − |
| Montanic wax | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| N |  |  |  |  |  |  |  |  |  |  |  |
| Naphta | 100 | + | + | + | ○ | ○ | + | ○ | + | − | − |
| Nickel chloride | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Nickel sulfate | 100 | + | + | + | + | + | + | + | + | + | + |
| Nitrate of sodium | 100 | + | + | + | + | + | + | ○ | + | ○ | + |
| Nitril triethanol | 100 | + | + | + | + | + | + | + | + | + | + |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitrobenzene | 100 | + | + | + | + | + | + | − | ○ | − | − |
| Nitrogen monoxide | 100 | + | + | + | + | + | + | + | + | + | + |
| Nitromethane | 100 | + | + | + | + | + | + | ○ | ○ | − | − |
| Nitrous acid | 50 | + | + | + | + | + | + | + | − | ○ | ○ |
| Nitrous oxide | 100 | + | + | + | + | + | + | + | + | ○ | − |
| Nonyl alcohol | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| O |  |  |  |  |  |  |  |  |  |  |  |
| Octadecan acid | 100 | + | + | + | + | + | + | + | + | + | + |
| Octane | 100 | + | + | + | + | + | + | + | ○ | − | ○ |
| Oil, essential | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Oleic acid | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Oleum | 100 | + | + | + | − | − | − | − | − | − | − |
| Oleum Jecoris | 100 | + | + | + | + | + | + | + | + | + | + |
| Oxalic acid | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Oxalic acid diammonium salt | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Oxidiethanol | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Oxirane | 100 | + | + | + | + | + | + | + | ○ | − | − |
| Oxolane | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| Ozocerite | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Ozone | 100 | + | + | + | + | + | + | ○ | ○ | + | ○ |
| P |  |  |  |  |  |  |  |  |  |  |  |
| Palmitic acid | 100 | + | + | + | + | + | + | ○ | − | ○ | − |
| Paraffins | 100 | + | + | + | + | + | + | + | + | + | + |
| Pentanol | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Pentanol-1 | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Pentanone-3 | 100 | + | + | + | ○ | ○ | − | ○ | + | − | − |
| Pentyl acetate | 100 | + | + | + | + | + | + | − | + | ○ | − |
| Perchloric acid | 100 | ○ | ○ | ○ | ○ | ○ | + | ○ | − | ○ | − |
| Perchloroethylene | 100 | + | + | + | − | − | − | ○ | − | − | − |
| Perfume | 100 | + | + | + | + | + | + | ○ | + | ○ | ○ |
| Peroxide of hydrogen | 90 | + | + | + | + | + | + | + | − | + | − |
| Petroleum | 100 | + | + | + | ○ | ○ | + | ○ | + | − | − |
| Petroleum ether | 100 | + | + | + | + | + | + | + | − | + | ○ |
| Phenol | 100 | + | + | + | + | + | + | ○ | − | − | − |
| Phenyl ether | 100 | + | + | + | + | + | + | + | + | − | − |
| Phenylamine | 100 | + | + | + | ○ | ○ | + | + | + | − | ○ |
| Phenylethanon-1 | 100 | + | + | + | + | + | + | + | + | − | − |
| Phenylmethanol | 100 | + | + | + | + | + | + | + | + | − | − |
| Phosphoric acid | 85 | + | + | + | + | + | + | + | − | ○ | − |
| Phosphorous chloride | 100 | + | + | + | + | + | + | + | ○ | ○ | − |
| Phosphorus trichloride | 100 | + | + | + | + | + | + | + | ○ | ○ | − |
| Phthalate | 100 | + | + | + | + | + | + | + | + | − | ○ |
| Phthalate ester | 100 | + | + | + | + | + | + | + | + | − | ○ |
| Pikric acid | 100 | + | + | + | ○ | ○ | + | + | − | ○ | − |
| Potash | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Potassium acetate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Potass. aluminium sulfate | 100 | + | + | + | + | + | + | + | + | ○ | − |

**Definitions and abbreviations:**
+  **Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
●  **Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
−  **Poor resistance** – the plastic material can be deformed or destroyed.

# Materials - Chemical Resistance

## Substances

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Potassium bicarbonate | 100 | + | + | + | + | + | + | + | + | ○ | + |
| Potassium bichromate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Potassium bromide | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Potassium carbonate | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Potassium chlorate | 100 | + | + | + | + | + | + | + | + | + | + |
| Potassium chloride | 100 | + | + | + | + | + | + | + | + | + | + |
| Potassium chromate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Potassium cyanide | 50 | + | + | + | + | + | + | + | + | + | ○ |
| Potassium dichromate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Potassium ferrocyanide | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Potassium ferricyanide | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Pota. hexacyanoferrate(II) | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Pota. hexacyanoferrate(III) | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Potassium hydroxide | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Potassium hypochlorite | 20 | + | + | + | + | + | + | ○ | − | + | − |
| Potassium iodide | 100 | + | + | + | + | + | + | + | + | ○ | + |
| Potassium nitrate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Potassium perchlorate | 25 | + | + | + | + | + | + | + | + | + | + |
| Potassium permanganate | 100 | + | + | + | + | + | + | − | ○ | + | ○ |
| Potassium persulfate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Propane | 100 | + | + | + | + | + | + | − | ○ | − | − |
| Propanediol-1,2 | 100 | + | + | + | + | + | + | + | + | + | + |
| Propanoic acid | 100 | + | + | + | + | + | + | + | − | ○ | ○ |
| Propanol | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Propan-2-ol | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Propantriol | 100 | + | + | + | + | + | + | + | + | + | + |
| Propen-2-ol-1 | 100 | + | + | + | + | + | + | + | − | ○ | − |
| Propyl alcohol | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Propylene glycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Propylene oxide | 100 | + | + | + | ○ | ○ | ○ | + | + | − | ○ |
| Prussiate of potash , red | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Prussiate of potash , yell. | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Pyridine | 100 | + | + | + | ○ | ○ | − | − | + | − | − |
| Q | | | | | | | | | | | |
| Quinol | 100 | + | + | + | + | + | + | + | − | − | + |
| R | | | | | | | | | | | |
| Resorcinol | 50 | + | + | + | + | + | + | + | − | ○ | ○ |
| S | | | | | | | | | | | |
| Salicylic acid | 100 | + | + | + | + | + | + | + | + | + | + |
| Salmiac | 100 | + | + | + | + | + | + | + | ○ | ○ | − |
| Salt, red | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Selenite | 100 | + | + | + | + | + | + | + | − | − | − |
| Silicic acid | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Silicone oils | 100 | + | + | + | + | + | + | + | + | + | + |
| Silver acetate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Silver cyanide | 50 | + | + | + | + | + | + | + | + | + | ○ |
| Silver nitrate | 100 | + | + | + | + | + | + | ○ | + | + | + |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Soda ash | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Soda lye | 85 | + | + | + | + | + | + | + | ○ | ○ | + |
| Sodium acetate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Sodium benzoate | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Sodium bicarbonate | 100 | + | + | + | + | + | + | + | + | + | + |
| Sodium bisulfate | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Sodium bisulfite | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Sodium bromide | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Sodium carbonate | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Sodium chromate | 100 | + | + | + | + | + | + | + | ○ | ○ | ○ |
| Sodium chlorate | 100 | + | + | + | + | + | + | + | − | + | + |
| Sodium chloride | 100 | + | + | + | + | + | + | + | + | + | + |
| Sodium chlorite | 100 | + | + | + | + | + | + | + | − | + | + |
| Sodium cyanide | 50 | + | + | + | + | + | + | + | + | + | ○ |
| Sodium dithionite | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium fluoride | 100 | + | + | + | + | ○ | ○ | + | ○ | + | + |
| Sodiu. hydrogen carbonate | 100 | + | + | + | + | + | + | + | + | + | + |
| Sodiu. hydrogen sulfate | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Sodiu. hydrogen sulfite | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Sodium hydroxide | 85 | + | + | + | + | + | + | + | ○ | ○ | + |
| Sodium hyposulfite | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium nitrate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium nitrite | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodiu. perborate Tetrahydrate | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Sodium perchlorate | 25 | + | + | + | + | + | + | + | + | + | ○ |
| Sodium peroxide | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Sodium peroxodisulfate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium persulfate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium phosphate | 100 | + | + | + | + | + | + | + | + | ○ | + |
| Sodium silicate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium sulfate Decahydrate | 100 | + | + | + | + | + | + | + | + | + | + |
| Sodium sulfide | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Sodium sulfite | 100 | + | + | + | + | + | + | + | + | ○ | + |
| Sodium superoxide | 100 | + | + | + | + | + | + | + | ○ | + | ○ |
| Sodiu. tetraborate Decahydra. | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Sodium thiosulfate | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Soft soap | 25 | + | + | + | + | + | + | + | ○ | + | + |
| Stearic acid | 100 | + | + | + | + | + | + | + | ○ | + | + |
| Styrene | 100 | + | + | + | + | + | + | + | ○ | − | − |
| Styrolene | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Sublimate | 100 | + | + | + | + | + | + | + | + | + | + |
| Succinic acid | 100 | + | + | + | + | + | + | + | + | ○ | + |
| Sulfuric acid | 98 | + | + | + | + | + | + | ○ | − | − | − |
| Sulfuric acid fuming | 100 | + | + | + | − | − | − | − | − | − | − |
| Sulfur dioxide | 100 | + | + | + | + | + | + | + | − | ○ | ○ |
| T | | | | | | | | | | | |
| Table salt | 100 | + | + | + | + | + | + | + | + | + | + |

**Definitions and abbreviations:**
+ **Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
○ **Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
− **Poor resistance** – the plastic material can be deformed or destroyed.

# Materials – Chemical Resistance

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tallow | 100 | + | + | + | + | + | + | + | + | + | + |
| Tannic acid | 100 | + | + | + | + | + | + | + | + | ○ | − |
| Tannins | 100 | + | + | + | + | + | + | + | + | ○ | − |
| Tartaric acid | 100 | + | + | + | + | + | + | + | + | ○ | ○ |
| Tensides, non alkaline | 5 | + | + | + | + | + | + | + | + | + | + |
| Tetrachloroethane | 100 | + | + | + | − | − | + | − | + | − | − |
| Tetrachloroethylene | 100 | + | + | + | − | − | + | − | + | − | − |
| Tetrachloromethane | 100 | + | + | + | + | + | + | ○ | − | − | − |
| Tetraethyl lead | 100 | + | + | + | + | + | + | + | ○ | − | − |
| Tetrahydrofuran | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| Tetrahydronaphtalene | 100 | + | + | + | + | + | + | ○ | + | − | ○ |
| Tetralin | 100 | + | + | + | + | + | + | ○ | + | − | ○ |
| Tetramethylene oxide | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| THF | 100 | + | + | + | ○ | ○ | ○ | ○ | + | − | − |
| Thionyl chloride | 100 | + | + | + | + | + | + | ○ | − | − | − |
| Thinner (Solvol) | 100 | + | + | + | + | + | + | + | ○ | − | − |
| Toluol | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Transformer oil | 100 | + | + | + | + | + | + | + | + | + | + |
| Trichlorobenzene | 100 | + | + | + | + | + | + | − | ○ | − | − |
| Trichloroacetic acid | 100 | + | + | + | + | + | + | ○ | − | ○ | ○ |
| Trichloroethylene | 100 | + | + | + | + | + | + | − | + | − | − |
| Trichloromethane | 100 | + | + | + | ○ | ○ | + | + | ○ | − | − |
| Triethanolamine | 100 | + | + | + | + | + | + | + | + | + | + |
| Triethylene glycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Trifluorotrichloroethane | 100 | + | + | + | + | + | + | − | ○ | − | − |
| Triglycerides | 100 | + | + | + | + | + | + | + | + | + | + |
| Triglycol | 100 | + | + | + | + | + | + | + | + | + | + |
| Trimethylpentane-2,2,4 | 100 | + | + | + | + | + | + | + | + | − | ○ |
| Trinitrophenol-2,4,6 | 100 | + | + | + | ○ | ○ | + | + | − | ○ | − |
| Turpentine | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Turpentine substitute | 100 | + | + | + | + | + | + | + | ○ | − | ○ |
| **U** | | | | | | | | | | | |
| Urea | 100 | + | + | + | + | + | + | + | + | + | + |
| Uric acid | 100 | + | + | + | + | + | + | + | + | + | ○ |
| Urine | 100 | + | + | + | + | + | + | + | + | + | + |
| **V** | | | | | | | | | | | |
| Vaseline | 100 | + | + | + | + | + | + | + | + | + | + |
| Vinyl acetate | 100 | + | + | + | ○ | ○ | + | − | − | − | − |
| Vinegar | 100 | + | + | + | + | + | + | + | ○ | + | − |
| Vinyl acetate | 100 | + | + | + | ○ | ○ | + | − | − | − | − |
| Vinyl chloride | 100 | + | + | + | ○ | ○ | + | − | − | − | − |
| Vinylbenzene | 100 | + | + | + | + | + | + | ○ | + | − | − |
| Vinyl cyanide | 100 | + | + | + | + | + | ○ | ○ | + | − | − |
| Vinylidene chloride | 100 | + | + | + | ○ | ○ | + | − | − | − | − |
| **W** | | | | | | | | | | | |
| Washing agents | 5 | + | + | + | + | + | + | + | + | + | + |
| Washing-up liquid | 5 | + | + | + | + | + | + | + | + | + | + |

| Substance at +20 °C | Conc. in % | PTFE | PFA | FEP | ETFE | ECTFE | PVDF | PP | PA | PS | PMMA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Water | 100 | + | + | + | + | + | + | + | + | + | + |
| Water demineralized | 100 | + | + | + | + | + | + | + | + | + | + |
| Water glass | 100 | + | + | + | + | + | + | + | + | + | + |
| Wine spirit | 100 | + | + | + | + | + | + | + | − | ○ | ○ |
| Woll fat | 100 | + | + | + | + | + | + | + | + | + | + |
| Woll wax | 100 | + | + | + | + | + | + | + | + | + | + |
| **X** | | | | | | | | | | | |
| Xylol | 100 | + | + | + | + | + | + | ○ | − | − | − |
| **Y** | | | | | | | | | | | |
| Yeasts | 100 | + | + | + | + | + | + | + | + | + | + |
| **Z** | | | | | | | | | | | |
| Zinc carbonate | 100 | + | + | + | + | + | + | + | ○ | ○ | + |
| Zinc chloride | 100 | + | + | + | + | + | + | + | + | + | + |
| Zinc nitrate | 100 | + | + | + | + | + | + | + | ○ | + | + |

**Definitions and abbreviations:**
**+ Excellent chemical resistance** – continuous exposure for more than 30 days does not cause any damage or only minor damages.
**● Limited chemical resistance** – depending on the plastic material, a continuous exposure for a longer period of time may cause damages such as cracks, decrease of mechanical strength, discoloration, etc.
**− Poor resistance** – the plastic material can be deformed or destroyed.

# Fluoroplastics - Cleaning      Worth Knowing



**224**

**TECHNICAL INFORMATION**

All fluoroplastics, PTFE, PFA and FEP have a smooth, non-wetting surface and can usually be cleaned without any problems. Abrasive scouring agents might damage the surface and result in a milkiness of the vessels – especially those made of PFA and FEP. You may use all neutral detergents (pH 7). For a stronger contamination we recommend to use an alkaline detergent up to pH 12. Clean or dry vessels in a laboratory washing machine only when they are completely opened.

### Cleaning and re-utilisation of tubing

In principle, fluoroplastic tubing shall only be reused provided the material which shall be conveyed is known and rated with **+** in the chemical resistance chart. If the first conveyed products or components of chemical compounds are unknown, the reuse of tubing cannot be recommended. Appropriate detergents are all water-soluble substances (such as salts, acids, lyes, etc.). Volatile solvents such as alcohols, ester, ketones, low-boiling hydrocarbons, chlorinated hydrocarbon, etc. will be reversibly dispended during aerated storage provided the substance was not absorbed by the inner layer of the tubing. After use with toxic or hazardous materials as well as with substances which only can be removed by using organic solvents, the tubing should be professionally disposed. Prior to reuse, cleaned tubing has to go through a visual inspection, respectively in case of doubt an inspection as per EN 12115 has to be made.

### Autoclaving at +121 °C

Vessels made of PTFE, PFA or FEP can be autoclaved or sterilised at +121 °C. This can for example be made in the steam space or in dry conditions at +160 °C. All vessels with screw covers or stoppers have to be open while being autoclaved. Autoclaving of closed vessels will result in their deformation or destruction.

### Cleaning for trace analysis

To prevent contamination with cations or anions in trace analysis, the vessels should first be filled with a 1NHCL and $HNO_3$ solution. This solution should be allowed to stand for a maximum of 6 hours at room temperature. The vessels should then be rinsed with clean deionized water.

### Pressure resistance of bottles

Due to their thin walls, standard PTFE, PFA or FEP bottles should not be pressurised (from inside). Pressurisation could result in permanent deformation. More suitable for such applications are BOLA digestion vessels on page 163 or BOLA reaction vessels on page 154.

### Plastics in microwave ovens

Plastics in general and fluoroplastics with their high thermal resistance in particular are suitable for microwave energy. The microwaves heat solely the contents of the vessel. Fluoroplastic vessels are particularly suitable for heating of aggressive chemicals such as acids or solvents. However, it should be noted that produced vapours are sufficiently drawn off. The more, a controlled drainage to a collecting vessel has to be arranged in case of bursture of the rupture membrane in the digestion vessel. Other vessels or containers than digestion vessels may only be heated when open.

### Response times of temperature probes

The response time of a temperature probe is determined by introducing the probe to a step change in temperature and measuring how long the probe takes to reach a certain proportion of its final, steady-state reading. Normally, $T_{50}$ (the time taken to reach 50% of the final reading) or $T_{90}$ (the time taken to reach 90% of the final reading) are stated.



Field-proven method of determination: Put the temperature probe in an ice cold water bath and let it reach a steady-state. Then transfer it quickly to a column of steam and monitor its resistance until a steady state is reached again.

# Fluoroplastics **- Heating**

It is difficult to heat PTFE due to its bad heat transmission and since the max. surface temperature may not be exceeded. There are different methods to heat PTFE vessels:

» **Heating by a heating mantle with surface sensor:**
When heating with a heating mantle, a large surface of the vessel is covered. This supports the heat transmission and reduces the heating period. The mantle must have a sensor on its surface. This probe measures the temperature on the surface of the PTFE and switches the mantle of upon exceeding +260 °C. Only this way temporary over-heating and harmful decomposition products are avoided.

We advise against the use of "usual" heating mantles and control systems. Their use may result in the same effects as the use of hot-plates (see below).

» **Heating by a thermostat:**
The heat transmission is provided by the bath medium (oils or other liquids). Controlled by an adjusted thermostat the temperatures on the surface of the PTFE vessel will not become too high. Depending on the immersion depth, a big surface for a good heat transmission is provided. The only disadvantage is the danger which occurs when working with oils at high temperatures.

**Not** appropriate methods are:
» Flame (e.g. gas burner):
With this method, the surface temperature cannot be controlled. Due to temporary overheating harmful decomposition products can occur.

» Hotplate:
Overheating can occur as well. Usual hotplates can only be switched on or off. During the heating period, the plate is heated with full energy so that it almost glows. Afterwards, the hotplate is switched off and only heats for a few seconds. This so-called „pointing" is enough to exceed the maximum temperature of +260 °C. It does not make sense to put the adjusting knob only to +150 °C. PTFE labware char on the underside and glue to the hotplate. The thermoplastics PFA and FEP melt directly, similar to a hot-melt-type adhesive. This can be prevented by putting an aluminium foil between hotplate and vessels but dangers for health cannot be avoided.

# Safety advice

**Main risks and adversarial effects**
Fluoroplastics are inert plastics, at normal use there are no risks for human health and environment. If the material is exposed to temperatures of more than +350 °C, it is possible that hazardous materials such as HF, $COF_2$ and others are released and can cause bad chemical burns which are not immediately noticeable.

**Symptoms after contact**
The materials released during thermal decomposition are very dangerous when getting in contact with eyes, skin or when being breathed in.
» Eyes: Redness, irritation, burning
» Skin: Redness, irritation, burning
» Breathing in: Headache, shortness of breath, illness, shivering, fever ("polymerisation-fever", raised pulse).
**Special instructions for the case of breathing in:**
The symptoms might only start some hours after breathing in. It is extremely important to seek medical advice to avoid lasting impacts!

**First aid procedures**
After breathing in it is extremely important to seek medical advice. The person concerned should immediately be brought to a place with fresh air. It is also necessary to give him/her oxygen. In case of apnoea it is necessary to give artificial respiration, possibly by mouth-to-mouth resuscitation.
» In case of eye contact rinse immediately with water for at least 15 minutes.



» In case of skin contact wash immediately with water and soap (especially the skin under the nails).
» Additionally seek medical advice!

**Dangers of fire**
There are possible risks due to acid and toxic production which can occur during thermal decomposition (HF and $COF_2$).

**Precautionary measures in case of fire:**
Take away the product from the fire but be careful. Stay against the wind direction and in sufficient distance. Appropriate extinguishing agents are water, $CO_2$, foam, earth/sand. Wear special clothes such as respirator and skin protection against HF-vapours.

# Tubing - Pressure Resistance

**TECHNICAL INFORMATION**

226

## PTFE Tubing

The graph on the right side will help you to determine the recommended working pressure (approx. 0.25 x short time burst pressure) for PTFE tubing. For working temperatures above +20 °C the working pressures stated in this graph have to be multiplied by the corresponding reduction factor. For temperatures below +20 °C no reduction factors have to be considered.

**Example:**
For PTFE tubing with inner diameter of 6 mm and a wall thickness of 1 mm the working pressure at +20 °C is about 8.8 bar. At a temperature of +50 °C, this value has to be reduced to 7.6 bar (**pressure** 8.8 bar **x reduction factor** 0.87 **= 7.65 bar**).

| Temperature °C | 50 | 75 | 100 | 150 | 200 | 250 |
|---|---|---|---|---|---|---|
| Reduction Factor | 0.87 | 0.77 | 0.68 | 0.53 | 0.39 | 0.28 |



## FEP Tubing

The graph on the right side will help you to determine the recommended working pressure (approx. 0.25 x short time burst pressure) for FEP tubing. For working temperatures from -50 °C to +150 °C the working pressures stated in this graph have to be multiplied by the corresponding reduction factor.

**Example:**
For FEP tubing with inner diameter of 6 mm and a wall thickness of 1 mm the working pressure at +20 °C is about 7.8 bar. At a temperature of +50 °C, this value has to be reduced to 6.1 bar (**pressure** 7.8 bar **x reduction factor** 0.78 **= 6.1 bar**).

| Temperature °C | -50 | 0 | 20 | 50 | 100 | 150 |
|---|---|---|---|---|---|---|
| Reduction Factor | 1.13 | 1.04 | 1.00 | 0.78 | 0.45 | 0.21 |



## PFA Tubing

The graph on the right side will help you to determine the recommended working pressure (approx. 0.25 x short time burst pressure) for PFA tubing. For working temperatures above +20 °C the working pressures stated in this graph have to be multiplied by the corresponding reduction factor. For temperatures below +20 °C no reduction factors have to be considered.

**Example:**
For PFA tubing with inner diameter of 6 mm and a wall thickness of 1 mm the working pressure at +20 °C is about 14 bar. At a temperature of +50 °C, this value has to be reduced to 12 bar (**pressure** 14 bar **x reduction factor** 0.86 **= 12 bar**).

| Temperature °C | 50 | 100 | 200 | 250 |
|---|---|---|---|---|
| Reduction Factor | 0.86 | 0.50 | 0.26 | 0.21 |



# Tubing - Choice and Assembly

### Choice of wall thickness

When choosing the wall thickness, a couple of issues have to be considered:

» What max. pressure will be applied?
In the charts on page 226 the minimum wall thickness can easily be found.
» To which temperatures will the tubing be exposed?
The maximum pressure has to be reduced by the stated factors.
» Shall the tubing be applied under vacuum?
Then the wall thickness has to be sufficient (rule of thumb)

---

Rule of thumb for determination of wall thickness:

## outer-Ø x 0.1 (0.15) = wall thickness

For a "normal" use in the lab, this rule of thumb offers a certain security concerning pressure and temperature, e.g. PTFE tubing with an outer diameter of 8 mm should have a wall thickness of 0.8 to 0.9 mm. In this case you should choose a wall thickness of 1 mm.

---

### Fitting and tubing have to fit

Practice has proved that tubing varies in diameter. We therefore recommend to check before assembly whether the tubing outer diameter corresponds to the nominal size (e.g. Ø 6 mm). The values in the right chart will be helpful.
The surface of PTFE tubing can be damaged if V-rings are inserted by force and result in leakage.

| | 0.5–3,2 | 4.0–14 | > 16 |
|---|---|---|---|
| **Nominal-Ø of screw joint** in mm | 0.5–3,2 | 4.0–14 | > 16 |
| **Recommended max. tolerance of tube/tubing** in mm | ± 0.05 | ± 0.1 | ± 0,25 |

### Easy assembly

First check whether your laboratory screw joint (inner diameter) fits your tubing (outer diameter). If it is still difficult to put the tubing inside the inner parts of the laboratory screw joint, a trick can be helpful. Just either sharpen the tubing with a simple sharpener or cut it diagonally. You should now be able to easily put the tubing through the inner parts.



### Transition from imperial to metric tubing

With BOLA Tube Fittings and Reducing Unions, transition from imperial to metric tubing or connections between both can easily be made. For example: A pipe socket of an analytical device with an outer diameter of 1/4" shall be connected to a PTFE tubing with an outer diameter of 8 mm. **Needed components:** Reducing union 6 mm to 8 mm (Cat.No. D 526-10) and a set of tapered V-rings Ø 1/4" (6.35 mm; Cat.No. D 502-03). By exchanging the 6 mm V-rings with the 1/4" V-rings, the pipe socket can be connected to the 1/4" reducing union and the 8 mm PTFE tubing on the other side.



# Tubing **- Useful hints**

### Thin tubing
### at vacuum and high temperatures

At high temperatures, under vacuum or with thin wall thickness we re-
commend to support the tubing in the laboratory screw joint. This can
for example be made by using a short piece of glass or metal tube.
Consequently, the tubing cannot turn off to the inside and become leaky.
This trick allows also to connect elastic, gummy tubing to GL threads by
means of BOLA Laboratory Screw joints.



### Dimensional tolerances
### of PTFE, PFA and FEP tubing

All tubing listed herein match the sizes of the BOLA screw joint system.
Therefore you can be sure that all fittings and connectors fit together.
Practice has proved that all kinds of tubing have certain tolerances in
both outer diameter and wall thickness. All tubing stated herein have
been checked several times. This inspection based on strict rules stipu-
lated by BOLA that exceed the demands for dimensions or quality control
usually applied on the market.

| Nominal outer-Ø mm | 0.4–2.9 | 3.0–10.0 | 10.1–16.0 | 16.1–22.0 | > 22.1 |
|---|---|---|---|---|---|
| Tolerance outer-Ø mm | ± 0.05 | ± 0.10 | ± 0.15 | ± 0.20 | ± 0.20 |

In addition to the outer diameter, the wall thickness is important to eva-
luate the quality of tubing. We, at BOLA have stipulated stricter limits for
the tolerances of the wall thickness than usually applied. Above all, we
do not allow cumulative tolerances of the tubing dimensions to result in
incorrect wall thickness. Thus, the wall thickness may only vary according
to the outer diameter as stated in the chart on the right.

| Wall thickness mm | 0.1–0.3 | 0.4–1.0 | 1.1–2.0 | > 2.1 |
|---|---|---|---|---|
| Tolerance mm | ± 0.025 | ± 0.05 | ± 0.10 | ± 0.20 |

In addition, all tubing is carefully tested whether they show any faults
in material (e. g. inclusion of impurities), any longitudinal or horizontal
nerves or any reliefs at the outer and inner diameter.

**Example:**
Nominal outer-Ø 16 mm ; min.-Ø 15.85 mm; max.-Ø 16.15 mm
Wall thickness 1 mm ; min. wall. 0.95 mm; max. wall. 1.05 mm

Both tolerances must not be added so that an even bigger dis-
crepancy of outer or inner diameter would be possible!

### Processing of heat shrinkable PTFE tubing

Shrinking should be done at a temperature of +340 °C +/-10 °C. (At ap-
prox. +327 °C the appearance of PTFE changes from white to transparent).
Please note that the part to be coated has to withstand the shrinking
temperature. Temperatures exceeding +350 °C lead to overheating of the
heat shrinkable tubing and destroy its plastic memory (shrinking capaci-
ty). Thus, the tubing becomes unusable. Steady heating and cooling from
all sides provides the best result, otherwise creases and tearing can
arise. Appropriate heat sources are ovens or air heaters. We strongly
advise against using gas flames as this can lead very easily to irregular
overheating. Longitudinal shrinkage can occur during shrinking. The
longitudinal shrinkage is approx. 15 %.

**Safety instructions:**
Use adequate ventilation to assure removal of toxic vapours which
may be produced by overheating!



**228**

**TECHNICAL INFORMATION**

## Bending radius
## of PTFE, PFA and FEP tubing

During the assembly of devices with fluoroplastic tubing we are often confronted with the problem of how to create the smallest bending radius when the space is limited. To avoid buckling of the tubing with all its negative aspects, the following graph will be helpful to determine the smallest possible bending radius.

Take the outer diameter indicated on the horizontal axis, then follow the line upwards until it crosses with the appropriate wall thickness. From this intersection, follow the line to the left until it reaches the vertical axis which shows the minimum bending radius.

Rule of thumb for the bending radius:

$$\frac{\text{outer}^2\text{-}\emptyset}{\text{wall thickness}} = \text{min. bending radius}$$

As reference value, the smallest possible bending radius can be determined by the square of the outer diameter divided by the wall thickness.

**229**

**TECHNICAL INFORMATION**

MINIMUM BENDING RADIUS



**Example:** A PTFE tubing with outer diameter 14 mm and a wall thickness of 2 mm has a minimum bending radius of 88 mm.

## Permeability of PTFE and PFA

Because of its special processing and the resulting structural conditions, PTFE has a higher permeability than other thermoplastics. PFA has at the same wall thickness a lower permeability than PTFE due to its tight molecular structure.

For applications with low permeability or diffusion rates, PFA and FEP tubing should be used.

PERMEABILITY OF PTFE AND PFA



# Stirrer Shafts **- Choice**

With the following we would like to assist you in the choice of stirrer shafts. All stated values are experienced data established by experimentation and practical testing. All stirring elements are made for clockwise rotation (view from the top of the stirring agitator).

The **diameter of the stirring shaft** depends on the products used as well as on their viscosity. The higher the viscosity, the larger the shaft diameter. If you are in doubt, you should choose always the larger shaft diameter, in most cases it is possible to reduce the chucking diameter.

Stirrer shafts with a diameter of 8, 10 and 16 mm are most commonly used. For standard applications up to a rotation speed of 350 rpm and a max. length of 600 mm, a shaft diameter of 10 mm will be sufficient. For stirring of high viscous products or shaft lengths over 600 mm, it should be checked whether the use of a stirrer shaft with 16 mm will make sense. Furthermore, adequate stirrer bearings and chucks at the agitor should be available.

**Do not forget** that the ideal diameter of the stirring element also will go through the "bottleneck" of your vessel, e. g. a ground joint or a flange. A tiltable stirrer blade might be helpful.

**Example** **Propeller Stirrer Shaft:**
Assumption: Inner diameter of the vessel (D) = 300 mm

1. Determination of the outer diameter of the stirring element
R = (0.2 to 0.4) x D, thereafter follows 90 mm = 0.3 x 300 mm.
Recommended outer diameter of the stirrer element is 90 mm.

2. Determination of the distance of the stirrer to the bottom
B = (1 to 1,5) x R, thereafter follows 120 mm = 1,2 x 100 mm.
The recommended distance of the stirrer to the bottom is 120 mm.

**Signs and symbols:**
**D**   Inner diameter of the vessel
**R**   Outer diameter of the stirring element (stirring diameter)
**B**   Distance of the stirrer to the bottom
**H**   Height of the stirring element

**Propeller** stirrer shafts
Stirrer shaft with several, inclined, arched and partly twisted blades. Also with draught tube. Stirring effect is based on a mainly axial flow which moves away from the agitator; changes in the blade inclination or rotating direction result in a change of the flow direction.

**R** = (0.2 to 0.4) x D
**B** = (1.0 to 1.5) x R




**Discoidal** stirrer shafts
Stirrer shaft with a blade with several, plane or curved paddles. Stirring effect is based on a radial, outwards directed flow with axial suction from the bottom and the top. The dispersing liquid is exposed to a high shearing.

**R** = (0.3 to 0.4) x D
**H** = 0.2 x R
**B** = R




**Impeller** stirrer shafts
Stirrer shaft with three angular, arched paddles. The stirring effect is based on a radial flow which is diverted axially due to the ground level position of the stirrer.

**R** = (0.50 to 0.70) x D
**H** = (0.12 to 0.17) x R
**B** = (0.08 to 0.18) x R




**Stirrer Shafts with rigid paddle**

Stirrer with a narrow blade. The stirring effect is based on a radial and axial flow. The product is opposed to shear forces ranging from moderate to strong.

$R$ = (0.70 to 0.9) x D
$H$ = (0.05 to 0.1) x R
$B$ = (0.10 to 0.2) x R




**Stirrer Shafts with rigid blade**

Solid, plane blade in user-defined form. Stirring effect due to different rotation speeds of the product displaced by stirring and the residual vessel content.

$R$ = (0.4 to 0.5) x D
$H$ = (0.9 to 1) x R
$B$ = 0.3 x R




**Stirrer Shafts with angular blades**

Stirrer shaft with several inclined, rectangular, straight blades (special form a2 = 90 degrees, also curved blades). The stirring effect is based on an axially directed flow combined with an increased shear rate. Reversion of the flow can be obtained by changing the inclination of the blades or the rotation direction.

$R$ = (0.30 to 0.40) x D
$H$ = (0.15 to 0.25) x R
$B$ = (0.50 to 1.00) x R




**U-shaped stirrer shafts**

Anchor stirrer blade adapted to the vessel's wall, reaches from edge to edge. The stirring effect is based on a mainly tangential flow with poor axial forces.

$R$ = (0.90 to 0.95) x D
$H$ = (0.50 to 1.00) x R
$B$ = (0.003 to 0.005) x R




**Double impulse stirrer shafts**

Stirrer shaft with two contrarily aligned blades on a radial arm. The stirring effect is based on an axial flow with poor radial forces. Analogue to the conveying direction of the blades an axial flow arises near to the shaft. The conveying direction of the outer paddles is adapted to the mixing demands.

$R$ = 0.70 x D
$H$ = 0.20 x R
$B$ = 0.28 x R




231

TECHNICAL INFORMATION

# Stirrer shafts **- Maximum Revolutions Per Minute**

We would like to give advice on the appropriate RPMs, but unfortunately this question is not easy to answer. The following data are based on field-experience tests done with BOLA stirrer shafts.

Those tests have shown that it is not possible to state a maximum RPM but the range in which the shafts vibrate heavily. Such vibrations are called resonance. At a certain speed, a superposition of the oscillations takes place and the resonance becomes visible as vibrations. Due to those vibrations the bearings of the agitator are exposed to high stresses and in worst case accidents can be caused by tipping over agitators. The use

of liquids as medium can reduce vibrations, worn out agitator bearings or insufficient stability of the agitator support increase vibrations.

In practice, these "critical RPMs" should simply be avoided by either staying below or skipping quickly this "critical RPM range" to obtain a quiet running stirrer shaft. **In general:** the longer a stirrer shaft is, the larger its diameter should be.

**232**

**TECHNICAL INFORMATION**



Diameter of the stirrer shaft incl PTFE coating **in mm**

Stirrer shaft revolution speed in **U/min**

**The chart**
shall help you to choose the right stirrer shaft respectively to determine the maximum RPM. As many different parameters affect the quiet running of a stirrer shaft, it is recommended that the user will test it under his own conditions.

**Please note** that for double impulse stirrer shafts the critical RPM range lies 200 rpm below the stated values.

» **Green Area –** indicates up to which rpm the shaft will not be affected by vibration

» **Red Area –** marks the critical RPM range. These rpms should be avoided whenever possible.

» **Blue Area –** is reached after quick skipping of the critical RPM range, vibration seldom occurs, however, agitators and stirrer shafts are extremely stressed by high RPMs. Therefore we recommend to use stirrer shafts only in the green range – if possible.

# Stirrer – Magnetic Stirring

Magnetic stirring is a widely used method of stirring and mixing in liquid media. This process can be used over a broad temperature range and with virtually any chemical agent, as well as in open and closed systems, under pressure or vacuum.

**The basic system consists of two components:**
a stirrer magnet placed in the liquid and a magnetic drive located outside the vessel. Both, stirrer magnet and magnetic drive form a magnetic circuit. For trouble-free stirring in liquids with different viscosities the magnetic drive shall have a wide range of different speeds. That is why the strength and form of the magnetic circuit between stirrer magnet and drive magnet is so important.



**The stirrer magnet** is a bar magnet encapsulated in a material which protects the magnet and prevents contamination of the liquid medium.

The core of the stirrer magnet is usually Alnico V, a less used alternative is Samarium-Cobalt. Due to its exceptional chemical and thermal (-200 °C to +260 °C) properties, Polytetraflouroethylene is the most preferred encapsulant. It can easily be processed, is readily sterilised and satisfies FDA and USP Class IV requirements.

In principle, it is difficult to find the most effective magnetic stirring bar for a particular application, but important factors are the vessel shape and the viscosity of the stirring medium. In a petri dish, a long stirring bar at low speed will be effective, in a round bottom vessel egg-shaped (oval) magnetic stirrers will be a suitable choice. The ideal configuration is where the magnet of the stirring bar and the magnet of the drive are of equal length and with a minimum distance between them.



**A** Cylindrical magnetic stirring bar » **B** Oval or Egg-shaped magnetic stirring bar » **C** Magnetic stirring bar with bearing neck » **D** Magnetic stirring bar for cuvettes » **E** Magnetic stirring bar for culture bottles » **F** Custom manufacture for flanged reactors

The increase of the magnetic strength by using a SmCo magnet may be advantageous for many applications. However, this can have also negative consequences:

» **Migration**
  Where the stirrer magnet and drive magnet have very different lengths, the stirrer magnet can migrate to a pole of the drive magnet.



» **Braking**
  A very powerful force between drive and stirrer magnet can result in a braking effect. Due to the pressure of the stirrer magnet on the bottom of the vessel, the speed of rotation is reduced and rotation can even be prevented.

In general, no advice for or against a certain stirring bar form can be given. In case of doubt, a test of different stirring bars under your own conditions may be helpful.

The second part of this stirring system is the **magnetic drive** that consists in its simplest form of a simple, speed controlled induction motor or a stepper motor. In some cases the motor incorporates automatic reversing to improve mixing. Normally, the drive magnet is a simple square bar magnet, a U-magnet or a composite SSMC-magnet. Its rotation induces rotation of the stirrer magnet in the liquid. The designated speed can be adjusted by an incorporated speed control.

# Determination **– Thread Types**

In daily practice it is often necessary to choose a suitable fitting. Due to the multitude of different threads this is not always easy. The following drawings shall give you some assistance.

Like shown on the picture, it can be helpful to determine the thread size by putting it on our drawing which is, of course, in full size. Also all information on outer diameter and thread pitch (i. e. distance from thread tip to thread tip) can be determined with a little skill. The form can mostly be recognised easily.

**We will help you should you still have problems** in determining your thread. Just send us a sample or counterpiece, we will be glad to help you with your choice. But please understand that we are not able to determine fitting threads on faxed copies.




**234**

**TECHNICAL INFORMATION**

**NPT (National Pipe Taper) thread**
**American pipe thread or BSP (British Standard Pipe) thread**
Easy recognisable by its tapered outer and inner diameter which is self-sealing. Therefore, NPT threads are also known as ˝sealing thread˝ or ˝tightly threaded connection˝.

**NPT 1/8" –** outer-Ø = 9,9 mm

**Pitch**
27 turns at 1" = 0,94 mm



**NPT 1/4" –** outer-Ø = 13,2 mm

**Pitch**
18 turns at 1" = 1,41 mm



**NPT 3/8" –** outer-Ø = 16,6 mm

**Pitch**
18 turns at 1" = 1,41 mm



**NPT 1/2" –** outer-Ø = 20,6 mm

**Pitch**
14 turns at 1" = 1,81 mm



**NPT 3/4" –** outer-Ø = 26 mm

**Pitch**
14 turns at 1" = 1,81 mm



**NPT 1" –** outer-Ø = 32,5 mm

**Pitch**
11,5 turns at 1" = 2,21 mm



**R or G thread (Whitworth)**
Cylindrical threads which are mainly used in countries with imperial system. The size of e. g. R 3/4" does not stand for a diameter. Thus the corresponding size has to be determined according to charts.

**G 1/8" –** outer-Ø = 9,6 mm

**Pitch**
28 turns at 1" = 0,91 mm

**G 1/4" –** outer-Ø = 13 mm

**Pitch**
19 turns at 1" = 1,34 mm

**G 3/8" –** outer-Ø = 16,5 mm

**Pitch**
19 turns at 1" = 1,34 mm

**G 1/2" –** outer-Ø = 20,8 mm

**Pitch**
14 turns at 1" = 1,81 mm

**G 5/8" –** outer-Ø = 22,8 mm

**Pitch**
14 turns at 1" = 1,81 mm

**G 3/4" –** outer-Ø = 26,3 mm

**Pitch**
14 turns at 1" = 1,81 mm

**M thread (metric ISO-thread) – standard in Europe**
Cylindrical inner and outer diameter which is precise in millimetres. The extremely fine taper of this thread allows the best possible force transmission. Metric threads are designated by a capital M plus an indication of their nominal outer diameter, for instance M 10. A taper deviating from the standard is marked with an appendix like for instance M 10 x 0.75.

**M 5 –** outer-Ø = 5 mm

**Pitch**
0,80 mm

**M 6 –** outer-Ø = 6 mm

**Pitch**
1,00 mm

**M 8 –** outer-Ø = 8 mm

**Pitch**
1,25 mm

**M 10 –** outer-Ø = 10 mm

**Pitch**
1,50 mm

**M 12 –** outer-Ø = 12 mm

**Pitch**
1,75 mm

**M 16 –** outer-Ø = 16 mm

**Pitch**
2,00 mm

# Determination **– Thread Types**

**UNF 1/4"-28G thread**
It has its origin in the USA. Mainly used in chromatography/HPLC applications. Most common sizes are UNF 1/4"-28G and UNF 10-32G. The digits 28 G and 32 G stand for the number of thread pitches at a length of one inch (25.4 mm).

**UNF 1/4"-28G versus M 6**
Without exception all BOLA HPLC fittings come with the most common HPLC thread UNF 1/4"-28G. In addition, fittings and distributors with the very similar thread M 6 are used. These threads can only be distinguished by exact determination of their outer diameter or by using a test mandrel (it is possible to screw in a tube end fitting in the counterpart of the other thread for at least 2-3 rotations). The UNF 1/4" thread has an outer diameter of 6.35 mm, the M 6 thread has precisely 6 mm (work tolerances are possible). We recommend to use only the UNF 1/4"-28G thread to avoid confusion and double inventory.

**236**

**TECHNICAL INFORMATION**

**UNF 1/4"-28G –** outer-Ø = 6,2 mm

**Pitch**
28 turns
at 1" = 0,91 mm

**UNF 3/8"-28G –** outer-Ø = 9,4 mm

**Pitch**
24 turns at 1" = 1,06 mm

**UNF 1/2"-28G** outer-Ø = 12,6 mm

**Pitch**
20 turns at 1" = 1,27 mm

**UNF 5/8"-18G –** outer-Ø = 15,7 mm

**Pitch**
18 turns
at 1" = 1,41 mm

**UNF 3/4"-16G –** outer-Ø = 18,9 mm

**Pitch**
16 turns
at 1" = 1,59 mm

**UNF 1"-12G –** outer-Ø = 25,2 mm

**Pitch**
12 turns
at 1" = 2,12 mm

**CANISTER THREADS**

**S 55 –** outer-Ø = 53,5 mm

**S 60 –** outer-Ø = 59,5 mm



**Pitch**
5 mm

**Pitch**
6 mm

**BARREL THREADS**

### BCS 70 x 6 MAUSER 2"®



Pitch
6 mm

outer-Ø = 69,6 mm

inner-Ø = 65 mm

### R 2" – outer-Ø = 58,5 mm



Pitch
11 turns
at 1" = 2,3 mm

inner-Ø = 57 mm

### BCS 56 x 4 Tri Sure" ®



Pitch
4 mm

outer-Ø= 56,8 mm

inner-Ø = 52,7 mm

**237**

**TECHNICAL INFORMATION**

# Determination **– Thread Types**

**GL-threads**

GL threads are round threads, i. e. there are only round and no sharp ends at the flanks of the screw thread. Due to its simple shape and the round ends of the flanks, this thread can easily be formed on glass pipes.

The extremely high pitch and the large flanks give this thread an important carrying power.

**GL 12 –** outer-Ø = 12 mm



Pitch
2 mm

**GL 14 –** outer-Ø = 14 mm



Pitch
2,5 mm

**GL 18 –** outer-Ø = 18 mm



Pitch
3 mm

**GL 25 –** outer-Ø = 25 mm



Pitch
3 mm

**GL 32 –** outer-Ø = 32 mm



Pitch
4 mm

**GL 45 –** outer-Ø = 45 mm



Pitch
4 mm

**GLS 80 –** outer-Ø = 80 mm



Pitch
15 mm

**238**

**TECHNICAL INFORMATION**

# Conversion Factors

**Inches to Millimeters**

| Inch Fractional notation " | Inch Decimal notation " | Millimeters Decimal notation mm |
|---|---|---|
| 1/16 | 0.062 | 1.57 |
| 1/8 | 0.125 | 3.18 |
| 3/16 | 0.188 | 4.78 |
| 1/4 | 0.250 | 6.35 |
| 5/16 | 0.313 | 7.95 |
| 3/8 | 0.375 | 9.53 |
| 7/16 | 0.438 | 11.13 |
| 1/2 | 0.500 | 12.70 |
| 9/16 | 0.563 | 14.30 |
| 5/8 | 0.625 | 15.88 |
| 11/16 | 0.688 | 17.48 |
| 3/4 | 0.750 | 19.05 |
| 13/16 | 0.813 | 20.65 |
| 7/8 | 0.875 | 22.23 |
| 15/16 | 0.938 | 23.83 |
| 1 | 1 | 25.40 |
| 2 | 2 | 50.80 |
| 3 | 3 | 76.20 |
| 4 | 4 | 101.60 |
| 5 | 5 | 127.00 |
| 6 | 6 | 152.40 |
| 7 | 7 | 177.80 |
| 10 | 10 | 254.00 |

**Millimeters to Inches**

| Millimeters mm | Decimal Inches in " |
|---|---|
| 1.0 | 0.039 |
| 1.8 | 0.071 |
| 2.0 | 0.079 |
| 3.0 | 0.118 |
| 3.2 | 0.126 |
| 4.0 | 0.157 |
| 4.3 | 0.169 |
| 4.6 | 0.181 |
| 5.0 | 0.197 |
| 6.0 | 0.236 |
| 7.0 | 0.276 |
| 8.0 | 0.315 |
| 9.0 | 0.354 |
| 10.0 | 0.394 |
| 20.0 | 0.787 |
| 30.0 | 1.181 |
| 40.0 | 1.575 |
| 50.0 | 1.969 |
| 60.0 | 2.362 |
| 70.0 | 2.756 |
| 80.0 | 3.150 |
| 90.0 | 3.543 |
| 100.0 | 3.937 |

**239**

**TECHNICAL INFORMATION**

**Conversion diagram for pressure**



*1 torr = 1 mm Hg = 0.535 in H₂O » **1 bar 0 1.02 kg/cm² = 14.5 psi » 1 psi 0 6.895 kPa 0 0.07031 kg/cm²

**Pressure**

| Bar | PSI | MPA |
|---|---|---|
| 1 | 14.49 | 0.1 |
| 2 | 28.99 | 0.2 |
| 3 | 43.48 | 0.3 |
| 5 | 72.46 | 0.5 |
| 10 | 144.93 | 1.0 |
| 20 | 289.86 | 2.0 |
| 30 | 434.78 | 3.0 |
| 50 | 724.64 | 5.0 |
| 100 | 1449.28 | 10.0 |

# Conversion Factors

**Measure of capacity**

| | | British | Liquids Canada, USA | Dryers Canada, USA |
|---|---|---|---|---|
| 1 minim | | 0.0592 mlit | 0.06161 mlit | |
| 1 dram | 60 minim | 3.5515 mlit | 3.69670 mlit | |
| 1 pint | | 568.2600 mlit | 473.18 mlit | |
| 1 quart | 2 pint | 1.1365 lit | 0.9464 lit | 1.1012 lit |
| 1 gallon | 4 quart | 4.5560 lit | 3.7850 lit | 4.4100 lit |
| 1 bushel | 8 gallon | 36.3690 lit | 35.2390 lit | 35.2390 lit |
| 1 barrel | 36 gallon | 163.6600 lit | 115.6300 lit | 115.6300 lit |
| 1 quarter | 8 bushel | 290.9500 lit | 242.0000 lit | 242.0000 lit |

**Mass**

| | Imperial to Metric | | Metric to Imperial |
|---|---|---|---|
| 1 grain (gr) | 0.0648 g | 1 g | 15.432 gr |
| 1 dram (dr) | 1.7718 g | 1 g | 0.56439 dr |
| 1 ounce (oz) | 28.3500 g | 1 g | 0.0353 oz |
| 1 pound (lb) | 4.45359 kg | 1 kg | 2.205 lb |
| 1 slug | 1.00000 kg | 1 kg | 0.0685 slug |
| 1 ton (short) | 907.18500 kg | 1 to | 1.102 ton short |
| 1 ton (long) | 1.01605 to | 1 to | 0.984 ton long |

**Weights**

| | | | |
|---|---|---|---|
| 1 g | 0.035 oz | 15.432 gr | |
| 1 kg | 2.2046 lb | 35.274 oz | |
| 1 to | 2204.6000 lb | 0.9842 ton long | 1.1023 ton short |
| 1 gr | 0.0648 g | | |
| 1 oz | 28.3500 g | | |
| 1 lb | 0.4536 kg | | |
| 1 ton (short) | 0.907 to | | |
| 1 ton (long) | 1.016 to | | |

**Length**

| | | | |
|---|---|---|---|
| 1 mm | 0.03937 in | 15.432 gr | |
| 1 cm | 0.39370 in | | |
| 1 m | 39.3700 in | 3.28083 ft | 1.0936 yd |
| 1 km | 3280.83 ft | 1093.61 yd | 0.62137 stat mi |
| 1 in | 25.4 mm | 2.54 cm | 0.0254 m |
| 1 ft | 304.8 mm | 30.48 cm | 0.3048 m |
| 1 yd | 0.9144 m | | |
| 1 stat mi (mile) | 1.609 km | | |

**Temperatures**

| Celsius (Fahrenheit - 32) x 0.555555556 | Fahrenheit (Celsius x 1.8) +32 |
|---|---|
| 0 | 32 |
| 1 | 34 |
| 5 | 41 |
| 10 | 50 |
| 25 | 77 |
| 50 | 122 |
| 75 | 167 |
| 100 | 212 |
| 125 | 257 |
| 150 | 302 |
| 175 | 347 |
| 200 | 392 |
| 225 | 437 |
| 250 | 482 |
| 275 | 527 |

**Temperatures**

| | Imperial to Metric | | Metric to Imperial |
|---|---|---|---|
| 1 lb mass/in³ | 27.68000 g/cm³ | 1 g/cm³ | 0.362 lb mass/in.³ |
| 1 lb mass/ft³ | 0.01600 g/cm³ | 1 g/cm³ | 62.400 lb mass/ft.³ |
| 1 lb mass/imp gal | 0.09978 g/cm³ | 1 g/cm³ | 10.022 lb mass/igal |
| 1 lb mass/US gal | 0.11980 g/cm³ | 1 g/cm³ | 8.3500 lb mass/USgal |

**Volume**

| | | | |
|---|---|---|---|
| 1 l | 61.025 in³ | 0.0353 ft | 1.0567 USqt |
| 1 cm³ | 0.0610 in³ | | |
| 1 m³ | 264.2 USgal | 1.308 yd | 35.314 m³ |
| 1 in³ | 16.387 cm³ | | |
| 1 ft³ | 28.317 l | 0.02832 m³ | |
| 1 yd³ | 0.7645 m³ | | |
| 1 USgal | 3.7853 l | | |
| 1 GBgal | 4.545 l | 1.2 USgal | |
| 1 qt | 0.94363 l | | |

**Surfaces**

| | Imperial to Metric | | Metric to Imperial |
|---|---|---|---|
| 1 in² | 6.4516 cm² | 1 cm² | 0.1550 in² |
| 1 ft² (144 in²) | 0.0929 m² | 1 m² | 10.7636 ft² |
| 1 yd² (9 ft²) | 0.8361 m² | 1 m² | 1.19599 yd² |
| 1 rd² | 25.2930 m² | 1 m² | 0.0395 rd² |
| 1 stat mi² | 2.5899 km² | 1 km² | 0.387 stat mi² |

# BOLA's commitment



241

## For the environment

BOLA takes its responsibility for the environment seriously. Our responsibility is not only a respectful handling of natural resources but also avoiding waste and integration of recycling in the production process.

» Even during the machining of PTFE (e. g. drilling, turning or milling) all cuttings are collected by means of suction through a special tube system directly on our machines. All chips as well as remnants of semi-finished items are sorted according to their purity and stored contamination-free in large containers before later being recycled. During recycling, all chips and remnants are converted by a specially developed process into usable semifinished items.

» With regard to the environment, disposable products are no longer in our mind. Therefore all our products are designed for long-time use.

» Generation of chips can be avoided by using moulded parts. In addition, moulding reduces the consumption of PTFE powder and energy.

» Products made of the most common fluoroplastics are free of plasticizers and solvents. Thus, they are not harmful for the environment.

## For the Caritas workshop in Gerlachsheim

Approximately 100 workplaces for disabled and mentally sick persons have been created in Gerlachsheim since 1983.

This facility offers a comprehensive range of work and care propositions and facilitates the integration of disabled and mentally sick persons in society and working life in close collaboration with the psychiatric ward of the County Hospital Tauberbischofsheim, the society for open psychiatry, the social-psychiatric service, the integrational service, group homes for disabled people, attendants and family members.

The most important objective is to enhance their performance and results, which are comparable to the requirements of private enterprises and thus pave the way for a normal working life including an independent way of life.

BOLA supports the objectives of the Caritas workshop with orders in the fields of assembly and packing.

## For "Class 2000"

"Class 2000" is an integrated educational concept that has been developed by primary school teachers and specialists of the areas medicine, psychology, as well as sport and nutrition science. The main objective is to convey life competences to school children and teenagers so that they will be able to cope with the challenges of life. Self-esteem and courage are strengthened – the best prevention of alcohol or drug addiction and violence. BOLA is committed to these objectives and gladly supports the project "Class 2000".

# Numerical **Index**

242

TECHNICAL INFORMATION

| Article | Page | Article | Page | Article | Page | Article | Page | Article | Page | Article | Page | Article | Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A** | | **C** | | C 576- | 23 | D 639- | 58 | E 714- | 96 | H 935- | 132 | **P** | |
| A 100- | 149 | C 348- | 44 | C 579- | 24 | D 640- | 58 | E 716- | 96 | H 936- | 135 | P 1720- | 146 |
| A 103- | 150 | C 350- | 40 | C 580- | 24 | D 641- | 58 | | | H 937- | 135 | P 1730- | 143 |
| A 105- | 150 | C 351- | 44 | C 581- | 23 | D 642- | 58 | **F** | | H 942- | 134 | P 1740- | 142 |
| A 111- | 150 | C 353- | 43 | C 584- | 24 | D 647- | 58 | F 700- | 191 | H 958- | 127 | P 1750- | 144 |
| A 114- | 151 | C 354- | 41 | C 592- | 23 | D 648- | 105 | F 701- | 190 | H 959- | 127 | P 1760- | 144 |
| A 117- | 148 | C 357- | 41 | C 598- | 21 | D 650- | 63 | F 702- | 187 | H 960- | 126 | P 1780- | 145 |
| A 118- | 148 | C 358- | 42 | | | D 651- | 62 | F 703- | 188 | H 964- | 129 | P 1790- | 145 |
| A 119- | 149 | C 359- | 45 | **D** | | D 652- | 63 | F 704- | 189 | H 969- | 138 | | |
| A 124- | 209 | C 360- | 45 | D 501- | 104 | D 662- | 192 | F 705- | 188 | H 972- | 130 | **S** | |
| A 130- | 153 | C 361- | 40 | D 502- | 104 | D 664- | 192 | F 706- | 190 | H 973- | 79 | S 1800- | 126 |
| A 131- | 153 | C 363- | 47 | D 503- | 98 | D 670- | 193 | F 707- | 183 | H 975- | 78 | S 1803- | 124 |
| A 131- | 164 | C 364- | 47 | D 504- | 99 | D 672- | 193 | F 708- | 190 | H 977- | 79 | S 1805- | 124 |
| A 136- | 155 | C 365- | 42 | D 505- | 99 | D 674- | 193 | F 710- | 183 | H 978- | 65 | S 1810- | 118 |
| A 137- | 156 | C 367- | 45 | D 512- | 100 | D 681- | 90 | F 712- | 185 | H 978- | 175 | S 1810- | 175 |
| A 149- | 152 | C 368- | 46 | D 516- | 86 | D 690- | 71 | F 716- | 186 | H 979- | 80 | S 1811- | 119 |
| A 151- | 156 | C 369- | 46 | D 517- | 86 | D 692- | 71 | F 717- | 186 | H 980- | 136 | S 1811- | 189 |
| A 155- | 152 | C 372- | 43 | D 518- | 101 | D 696- | 72 | F 728- | 188 | H 981- | 136 | S 1815- | 120 |
| A 156- | 152 | C 375- | 34 | D 526- | 100 | D 697- | 72 | F 730- | 184 | H 983- | 76 | S 1815- | 189 |
| A 158- | 151 | C 376- | 14 | D 538- | 84 | D 698- | 72 | F 731- | 184 | H 984- | 76 | S 1817- | 123 |
| A 159- | 155 | C 376- | 172 | D 539- | 85 | D 701- | 72 | F 738- | 185 | H 986- | 77 | S 1820- | 121 |
| A 169- | 156 | C 377- | 18 | D 540- | 84 | D 720- | 137 | F 740- | 182 | H 987- | 77 | S 1822- | 114 |
| A 170- | 156 | C 378- | 14 | D 541- | 85 | D 730- | 89 | F 745- | 65 | H 993- | 77 | S 1824- | 115 |
| A 171- | 158 | C 379- | 17 | D 549- | 59 | D 734- | 67 | F 745- | 181 | H 994- | 78 | S 1827- | 116 |
| A 176- | 157 | C 380- | 19 | D 568- | 91 | D 736- | 75 | F 746- | 65 | H 995- | 76 | S 1828- | 122 |
| A 177- | 157 | C 381- | 19 | D 569- | 91 | D 737- | 75 | F 746- | 181 | H 997- | 162 | S 1833- | 125 |
| A 181- | 159 | C 382- | 20 | D 570- | 83 | D 738- | 82 | F 755- | 66 | H 998- | 66 | S 1850- | 125 |
| A 183- | 159 | C 384- | 15 | D 571- | 83 | D 739- | 82 | F 755- | 182 | H 1001- | 104 | S 1852- | 123 |
| A 185- | 159 | C 387- | 34 | D 572- | 107 | D 744- | 68 | F 757- | 66 | H 1050- | 162 | S 1853- | 123 |
| A 193- | 160 | C 389- | 18 | D 573- | 107 | D 746- | 69 | F 757- | 182 | H 1051- | 162 | S 1855- | 117 |
| A 194- | 154 | C 391- | 22 | D 574- | 106 | D 748- | 68 | F 760- | 191 | H 1052- | 162 | S 1861- | 121 |
| A 195- | 154 | C 392- | 17 | D 575- | 106 | D 750- | 63 | F 762- | 192 | H 1053- | 162 | S 1862- | 121 |
| A 197- | 158 | C 393- | 16 | D 576- | 107 | D 754- | 62 | F 765- | 203 | H 1054- | 162 | S 1863- | 121 |
| A 200- | 158 | C 398- | 16 | D 577- | 106 | D 760- | 70 | F 766- | 203 | H 1055- | 162 | S 1864- | 121 |
| A 223- | 160 | C 399- | 16 | D 579- | 108 | D 764- | 70 | F 770- | 186 | H 1124- | 128 | S 1870- | 128 |
| A 226- | 160 | C 400- | 35 | D 581- | 91 | D 780- | 82 | F 772- | 186 | H 1126- | 129 | S 1899- | 123 |
| A 240- | 163 | C 401- | 35 | D 582- | 91 | D 784- | 81 | F 778- | 90 | H 1128- | 128 | | |
| A 244- | 164 | C 402- | 36 | D 583- | 92 | D 790- | 83 | F 780- | 199 | H 1132- | 129 | | |
| A 250- | 163 | C 407- | 36 | D 584- | 92 | D 800- | 64 | F 830- | 194 | H 1138- | 161 | | |
| A 252- | 163 | C 410- | 37 | D 585- | 92 | D 840- | 93 | F 833- | 193 | | | | |
| | | C 420- | 48 | D 586- | 92 | D 841- | 93 | F 834- | 194 | **K** | | | |
| **B** | | C 424- | 27 | D 590- | 55 | D 842- | 93 | F 836- | 194 | K 1200- | 137 | | |
| B 280- | 167 | C 425- | 28-30 | D 593- | 55 | D 846- | 94 | F 837- | 194 | K 1349- | 174 | | |
| B 281- | 168 | C 426- | 28 | D 597- | 56 | D 848- | 94 | | | | | | |
| B 282- | 168 | C 428- | 28 | D 598- | 56 | D 849- | 94 | **G** | | **N** | | | |
| B 283- | 169 | C 429- | 27 | D 600- | 56 | D 850- | 94 | G 870- | 208 | N 1501- | 198 | | |
| B 284- | 168 | C 430- | 30 | D 606- | 178 | D 856- | 94 | G 876- | 210 | N 1502- | 198 | | |
| B 285- | 169 | C 440- | 25 | D 607- | 179 | D 857- | 95 | | | N 1503- | 198 | | |
| B 286- | 171 | C 441- | 26 | D 608- | 178 | D 858- | 95 | **H** | | N 1505- | 205 | | |
| B 287- | 171 | C 443- | 25 | D 610- | 179 | D 859- | 95 | H 900- | 80 | N 1510- | 205 | | |
| B 288- | 172 | C 445- | 26 | D 612- | 61 | D 864- | 96 | H 901- | 80 | N 1520- | 205 | | |
| B 289- | 172 | C 446- | 26 | D 613- | 61 | D 865- | 96 | H 902- | 81 | N 1564- | 204 | | |
| B 290- | 170 | C 448- | 25 | D 614- | 60 | | | H 904- | 80 | N 1610- | 205 | | |
| B 291- | 169 | C 450- | 31 | D 615- | 60 | **E** | | H 905- | 135 | N 1616- | 205 | | |
| B 292- | 173 | C 454- | 31 | D 616- | 61 | E 650- | 105 | H 906- | 135 | N 1650- | 199 | | |
| B 293- | 173 | C 461- | 33 | D 618- | 62 | E 652- | 102 | H 907- | 134 | N 1658- | 201 | | |
| B 295- | 170 | C 463- | 33 | D 619- | 62 | E 654- | 102 | H 909- | 49 | N 1660- | 197 | | |
| B 301- | 170 | C 472- | 27 | D 620- | 67 | E 664- | 87 | H 912- | 49 | N 1666- | 201 | | |
| B 302- | 174 | C 474- | 27 | D 621- | 62 | E 667- | 87 | H 915- | 49 | N 1670- | 200 | | |
| B 303- | 173 | C 476- | 27 | D 624- | 62 | E 672- | 102 | H 916- | 49 | N 1674- | 89 | | |
| B 304- | 174 | C 482- | 21 | D 625- | 86 | E 674- | 103 | H 918- | 81 | N 1678- | 202 | | |
| B 305- | 175 | C 484- | 20 | D 628- | 57 | E 680- | 103 | H 920- | 161 | N 1682- | 202 | | |
| B 317- | 175 | C 486- | 22 | D 629- | 57 | E 683- | 88 | H 927- | 155 | N 1690- | 204 | | |
| B 318- | 154 | C 492- | 33 | D 630- | 57 | E 684- | 87 | H 930- | 133 | N 1696- | 73 | | |
| B 320- | 168 | C 500- | 32 | D 631- | 57 | E 686- | 87 | H 931- | 133 | N 1698- | 74 | | |
| B 321- | 168 | C 502- | 32 | D 632- | 57 | E 688- | 87 | H 932- | 133 | N 1699- | 74 | | |
| B 322- | 169 | C 504- | 32 | D 634- | 59 | E 694- | 89 | H 933- | 132 | | | | |
| B 323- | 168 | C 512- | 32 | D 638- | 58 | E 712- | 96 | H 934- | 133 | | | | |

# Alphabetical Index

**A**

Adaptors
» Adaptors for Prominent Pump | **89**
» Adaptors for Temperature Probes | **146**
» Filter Adaptors for Syringes | **201**
» Gaskets for Glass Flange Metal Adaptor | **137**
» GL-Adaptors for Barrels | **75**
» Ground Joint Adaptors | **67, 136**
» Ground Joint GL Adaptors | **67**
» Miniature Adaptors | **186**
» Receiver Adaptors | **173**
» Threaded Adaptors | **65, 175**

**B**

Bags | **160**
Ball Valves with GL Thread | **87**
Balls | **129**
Barrel Aerations | **73**
Baskets | **161, 162**
Beakers
» Beakers made of PFA | **156**
» Beakers made of PP | **162**
» Beakers made of PTFE | **155**
» Lids made of PTFE | **155**
Bearing Necks for Magnetic Stirring Bars, Tandem | **47**
Bellows
» Bellows with GL Thread | **81**
» Bellows with Ground Joint | **134–135**
Blades | **123**
Boiling Stones | **130**
Bolts and Clamp Rings | **37**
Bottles
» (Cell-) Culture Bottles | **48**
» Conical-Shoulder Bottles | **150**
» Distillate Bottles | **175**
» Micro Scrubber Bottles | **149**
» Narrow-Mouth Bottles | **150**
» Scrubber Bottles | **148**
» Wash Bottles | **151**
» Wide-Mouth Bottles | **149–150**

**C**

Capillary Tubing | **118–120, 123**
Caps | **56, 59, 66, 76–78, 94, 193**
Chromatography Adaptors | **66, 182**
Clamps for Joints | **134**
Cold Traps | **175**
Condensers | **169–170**
Connectors
» Connectors for Sampling Bags | **160**
» Connectors with GL Thread | **84–85, 94–95**
» Connectors with Metric Thread | **98–99**
» Male Connectors with GL Thread | **86**
» Male Connectors with Metric Thread | **101**
Control Valves | **89, 102**
Corrugated Tubing | **121**
Couplings
» Miniature Tube Female Connectors | **183**
» Quick-Connectors with GL Thread | **86**
» Screw Thread Adaptor Couplings | **80**
» Universal Couplings | **186**
» Vario Couplings | **90**
Crucibles | **158**
Culture Bottles | **48**

**D**

Digestion Vessels | **163**
Dipper Vessels | **161**
Dirt Trap | **89**

Discs
» Clamp Rings and Bolts | **37**
» Filtering Discs | **204**
» Washers | **129, 188**
Dishes
» Evaporating Dishes made of PFA | **157–158**
» Evaporating Dishes made of PTFE | **156–157**
» Watch Dishes | **158**
Dispensers | **81**
Distillate Bottles | **175**
Distillation
» Distillation Apparatus | **165–176**
» Distillation Heads | **172**
» Distillation Thermometers | **170**
Distributors
» Distributors for Barrels | **72**
» Distributors for Canisters | **70**
» Distributors for GL 45 Thread | **60–62, 65, 181**
» Distributors for GL 45 Thread EX | **96**
» Distributors for GL 25 Thread | **62**
» Distributors for GL 32 Thread | **62**
» Distributors for S 40 Thread | **62**
» Distributors for GLS 80 Thread | **62–63**
» Distributors for 38/430 Thread | **62–63**
» Distributors for HPLC | **178–179**
» Distributors with Hose Connectors | **64**
» Distributors with Metric Thread | **100**
» Ground Joint Distributors | **67, 174**
» Miniature Distributors | **183**
» Miniature Multi-Port Manifolds | **185**

**E**

Erlenmeyer Flasks | **156**
Evaporating dishes | **156–158**
EX-Distributors | **96**
EX-Fittings | **94–95**
EX-Laboratory Screw Joints | **93**
EX-Stopcocks | **96**
EX-Tubing | **115–117**

**F**

Filters
» Filter Adaptors for Syringes | **201**
» Filtering Discs | **204**
» Filtering Membranes | **204**
» Flow Filters | **200**
» Flow Filters, single-stage | **202**
» Flow Filters, three-stage | **202**
» Frits for Suction Filters | **203**
» Pressure Pre-Filters | **199**
» Suction Filters | **203**
» Vacuum Filter Funnels | **201**
» Vacuum Filters | **199**
Fittings
» Fingertight Fittings | **193–194**
» Fittings for HPLC | **183**
» Fittings with GL Thread | **84–85, 94–95**
» Fittings with Metric Thread | **98–99**
» Ground Joint Tube Fittings with GL Thread | **83**
» Ground Joint Tube Fittings with Metric Thread | **104, 174**
» Joining Fittings | **192**
» Male Connectors with GL Thread | **86**
» Male Connectors with Metric Thread | **101**
» Socket Tube Fittings with GL Thread | **83**
» Spherical Ground Joint Fittings with GL Thread | **83**
» Transition Fittings | **192**
Flanging Tools | **190–191**
Flasks
» Erlenmeyer Flasks | **156**
» Round Bottom Flasks | **151–152**

**243**

**TECHNICAL INFORMATION**

# Alphabetical **Index**

TECHNICAL INFORMATION

**244**

Flexible Tubing | **114–115**
Forceps | **49**
Fork Wrenches | **58**
Funnels
» Dropping Funnels | **169**
» Funnels | **161**
» Funnels with GL Thread | **82**
» Vacuum Filter Funnels | **201**

**G**
Gas Distributors | **198**
Gas Frits | **198**
Gaskets
» double-sided | **79**
» one-sided | **78**
» Gaskets, Flat Flange | **168**
» Gaskets for Caps | **79**
» Gaskets for Glass Flange Metal Adaptor | **137**
» SVL-Gaskets | **80**
GL-Fittings | **84–85, 94–95**
Globe Stirrer Couplings | **16**
G-Magnetic Stirrer Heads | **32–33**
Ground Joint Adaptors | **67, 136**
Ground Joint Distributors | **67, 174**
Ground Joint Reducing Set | **136**

**H**
Heat Shrinkable Tubing | **122**
Hose and Tubing Cutters | **123**
Hose Connectors
» Connector-Barbs, straight | **108**
» Hose Connectors, 4-Way | **107**
» Hose Connectors, elbow | **106**
» Hose Connectors, reduced | **107**
» Hose Connectors, straight | **106**
» Hose Connectors, T-Pieces | **106**
» Hose Connectors, Y-Pieces | **107**
» Hose Connectors with GL Thread made of PFA | **91**
» Hose Connectors with GL Thread made of PP | **92**
HPLC Distributors | **178–179, 183, 185**
» Spare Parts for HPLC Distributors | **179**
HPLC Fittings | **66, 182–183, 186**
HPLC Stopcocks | **184**
HPLC Tubing | **182, 189**

**I**
Immersion Probes
» Immersion Probes | **145**
» Immersion Probes, Lemo | **145**
Inner Parts
» Inner Parts for Fittings with Metric Thread | **104**
» Inner Parts for Laboratory Screw Joints | **56**
» Inner Parts for Laboratory Screw Joints EX | **94**
» Inner Parts for Laboratory Screw Joints HT | **58**
» Inner Parts for Laboratory Screw Joints
   with Metric Thread | **193**

**J**
Jars
» Jars | **153**
» Jars with Fitting for Tubing | **153, 164**
» Jars with Ground Joint | **155**
Joining Pieces, Flat Flange | **168**
Joint Clamps | **134**

**L**
Laboratory Screw Joints | **55, 57, 93, 192**
Leading-in for Sensors | **82**
Leading-In Tubes for Gas | **198**

Lids
» Lids | **155**
» Lids, Flat Flange | **169**
» Lids for Reaction Vessels | **68–69**
Liebig Condensers
» Liebig Condensers, Transparent | **169**
» Liebig Condensers, Vacuum | **170**
» Liebig Condensers, Vertical | **170**
Liners for (Pressure-) Digestion Vessels | **163**
Links | **173**
Luer Lock Connectors | **186**

**M**
Magnetic Stirrer Heads
» G-Magnetic Stirrer Heads | **32–33**
» Magnetic Stirrer Heads with Flange | **31**
» Magnetic Stirrer Heads with
   Standard Ground Joint | **31**
Magnetic Stirring Bar Retrievers | **43**
Magnetic Stirring Bars
» Magnetic Stirring Bars, Center | **45**
» Magnetic Stirring Bars, Coloured | **46**
» Magnetic Stirring Bars, Crosshead | **46**
» Magnetic Stirring Bars, Cylindrical | **40**
» Magnetic Stirring Bars, Dumbbell-Shape | **45**
» Magnetic Stirring Bars, Egg-Shaped | **42**
» Magnetic Stirring Bars, Glass | **44**
» Magnetic Stirring Bars, Square | **40**
» Magnetic Stirring Bars, Star Head | **45**
» Magnetic Stirring Bars, Tandem | **47**
» Magnetic Stirring Bars, Triangular | **41**
» Magnetic Stirring Bars with Pivot Ring | **41**
» Power Magnetic Stirring Bars | **42**
» Ultra Magnetic Stirring Bars | **43**
Magnetic Stirring Bar Sets | **44**
Membranes
» Filtering Membranes | **204**
» Membranes for Pressure Compensation | **74**
Micro Reaction Vessels | **154**
Micro Scrubber Bottles | **149**

**N**
Non-Return Valves | **103**
Nuts
» Hexagonal Nuts | **129**
» Nuts for Fittings with Metric Thread | **104**
» SAFE LAB Replacement Stopper-Loc Nuts | **174**

**O**
O-Rings
» made of FEP for Laboratory Flat Flanges | **138**
» made of PTFE | **138**

**P**
Paste | **128**
Plugs
» Plugs | **105, 188**
» Plugs for Screw Caps | **59**
Pressure Digestion Vessels | **163–164**
Pressure Pre-Filters | **199**
Pressure Relief Valves | **88, 185**
Probes | **142–145**
Pumps
» Adaptors for Prominent Pump | **89**
» Cordless Pumps for Acids and
   Caustic Solutions | **208**
» Micro-Magnet for Glass Pumps | **210**
» Sampling Pumps | **209**

# Alphabetical Index

**R**

Reaction Vessels
» Reaction Vessels made of PFA ............................ **154, 168**
» Reaction Vessels made of PTFE ............................ **168**
Reducing Set ............................ **136**
Reducing Unions
» Ground Joint Reducing Set ............................ **136**
» Reductions with GL Thread ............................ **81**
» Reductions with Metric Thread ............................ **100**
Ring Wrenches ............................ **72**
Rods
» Rods made of microporous PTFE ............................ **205**
» Rods made of PTFE ............................ **126**
Round Bottom Flasks
» Round Bottom Flasks with GL Thread ............................ **152**
» Round Bottom Flasks with Ground Joint ............................ **151–152**
Rupture Membranes for Digestion Vessels ............................ **164**

**S**

Sampling Bags ............................ **160**
» Connectors for Sampling Bags ............................ **160**
Screw Caps
» Caps for Laboratory Screw Joints ............................ **56**
» Caps for Laboratory Screw Joints EX ............................ **94**
» Caps for Laboratory Screw Joints HT ............................ **59**
» Caps for Laboratory Screw Joints with
   Metric Thread ............................ **193**
» Screw Caps ............................ **77**
» Screw Caps High Chem ............................ **66**
» Screw Caps HT ............................ **78**
» Screw Caps with Aperture ............................ **76**
Screw Joints
» Laboratory Screw Joints ............................ **55**
» Laboratory Screw Joints EX ............................ **93**
» Laboratory Screw Joints HT ............................ **57**
» Laboratory Screw Joints with Metric Thread ............................ **192**
» Swivelling Screw Fittings ............................ **71**
» Swivelling Screw Fittings with Ground Joint ............................ **71**
Screw Thread Adaptor Couplings ............................ **80**
Screws
» Fingertight Fittings ............................ **193–194**
» Miniature Connectors ............................ **188**
» Plugs ............................ **188**
» Screws ............................ **128**
» Screws with cylinder head ............................ **128**
» Tube End Fittings ............................ **187**
» Tube End Fitting Sets ............................ **189**
Scrubber Bottles ............................ **148–149**
Scrubber Columns ............................ **148**
Scrubber Heads ............................ **197**
Sealing Membranes for Digestion Vessels ............................ **164**
Sealing Tapes ............................ **126, 127**
Septum ............................ **79, 179**
Sets for Pressure Compensation ............................ **74**
Sheets
» Sheets made of FEP ............................ **125**
» Sheets made of PTFE ............................ **124**
» Sheets made of PTFE, self-adhesive ............................ **125**
Sleeves
» Sleeves with Gripping Ring ............................ **132**
» Sleeves with Ribs ............................ **133**
» Spherical Ground Joint Sleeves ............................ **133**
Snap Valves ............................ **103**
Spatulas ............................ **49**
Spiral Hoses ............................ **122**
Spray ............................ **127**
Standard Ground Tube Fittings ............................ **83, 104**

Stirrer Bearings
» GT Stirrer Bearings ............................ **28**
» NS Stirrer Bearings ............................ **27, 172**
» Special Stirrer Bearings ............................ **30**
» Ultra Stirrer Bearings ............................ **28**
» Spare Parts for Stirrer Bearings ............................ **29–30**
Stirrer Blades ............................ **25–26, 35–36**
» Bolts and Clamp Rings ............................ **37**
Stirrer Couplings
» Globe Stirrer Couplings ............................ **16**
» G-Magnetic Stirrer Heads ............................ **32–33**
» Magnetic Stirrer Heads ............................ **31**
Stirrer Heads ............................ **31**
Stirrer Shafts
» Centrifugal Stirrer Shafts ............................ **18**
» Discs Stirrer Shafts ............................ **21**
» Double Impulse Back Run Stirrer Shafts ............................ **22**
» Fan-Shaped Stirrer Shafts ............................ **20**
» GT Glass Stirrer Shafts ............................ **34**
» Impeller Stirrer Shafts ............................ **18**
» KPG Glass Stirrer Shafts ............................ **34**
» Maxi Propeller Stirrer Shafts ............................ **17**
» Micro Surface Stirrer Shafts ............................ **22**
» Mini Propeller Stirrer Shafts ............................ **21**
» Moon-Shaped Stirrer Shafts ............................ **14, 172**
» Propeller Stirrer Shafts ............................ **14**
» Propeller Stirrer Shafts with 4 Blades ............................ **20**
» Solo Stirrer Shafts ............................ **27**
» Stirrer Shafts with One Rigid Paddle ............................ **17**
» Stirrer Shafts with Rigid Blade ............................ **19**
» Stirrer Shafts with Two Rigid Paddles ............................ **19**
» U-Shaped Stirrer Shafts ............................ **15**
Stirrer Shafts with Reduced Chucking Diameter ............................ **23–24**
Stirring Balls, solid ............................ **129**
Stirring Bar Retrievers ............................ **43**
Stirring Bars ............................ **40–47**
Stopcocks
» Miniature 2-Way Stopcocks ............................ **184**
» Miniature 3-Way Stopcocks ............................ **184**
» Stopcocks with GL Thread ............................ **87, 102**
» Stopcocks with GL Thread EX ............................ **96**
» Stopcocks with Hose Connectors ............................ **105**
» Vacuum Stopcocks ............................ **173**
Stoppers
» Plugs made of PTFE ............................ **105**
» Stoppers made of Glass ............................ **137**
» Stoppers made of PTFE ............................ **135**
Suction Filters ............................ **203**
SVL-Gaskets ............................ **80**
Swivelling Screw Fittings ............................ **71**

**T**

Temperature Probes
» Adaptors for Temperature Probes ............................ **146**
» Double Temperature Probes Lemo Compact ............................ **142**
» Temperature Probes ............................ **144**
» Temperature Probes Lemo ............................ **144**
» Temperature Probes Lemo Compact ............................ **143**
» Total Immersion Probes ............................ **145**
Test Tubes
» Test Tubes made of PFA ............................ **159**
» Test Tubes made of PTFE ............................ **159**
Thermoelectric Flanging Tools ............................ **190**
» Flanging Tips ............................ **190**
» Standard Construction Kits ............................ **191**
» Tubing Holders ............................ **190**
Thermometers
» Distillation Thermometers ............................ **170**
» Supporting Devices for Thermometers ............................ **171**
» Thermometers for Flasks ............................ **171**

**245**

TECHNICAL INFORMATION

# Alphabetical Index

Threaded Adaptors ......................................... **65, 175**
Tiles
 » Tiles made of microporous PTFE ............... **205**
 » Tiles made of PTFE ..................................... **124**
Tube End Fittings ...................................... **187–189**
Tubing
 » Antistatic Explosion Proofness Tubing ...... **116**
 » Assortments of Remaining Stock Tubing .... **123**
 » Capillary Tubing made of PEEK ................... **123**
 » Colour-Tubing ............................................ **121**
 » Corrugated Tubing ..................................... **121**
 » Flexible Tubing .......................................... **114**
 » Flexible Tubing EX ..................................... **115**
 » Heat Shrinkable Tubing .............................. **122**
 » Spiral Hoses .............................................. **122**
 » Tubing, Fully Equipped for Assembly ......... **182**
 » Tubing made of FEP ............................ **119, 189**
 » Tubing made of PFA ............................ **120, 189**
 » Tubing made of PTFE ........................... **118, 189**
 » Zebra Antistatic Explosion Proofness Tubing **117**
Tubing Cutters ............................................ **123**

**V**
Vacuum Filter Funnels .................................. **201**
Vacuum Filters ............................................ **199**
Vacuum Stopcocks ...................................... **173**
Valves
 » Control Valves with GL Thread .................... **89**
 » Control Valves with Metric Thread .............. **102**
 » Mini Pressure Relief Valves ........................ **185**
 » Non-Return Valves ..................................... **103**
 » Pressure Relief Valves ............................... **88**
 » Snap Valves ............................................... **103**
Vessels
 » Micro Reaction Vessels .............................. **154**
 » (Pressure-) Digestion Vessels .................... **163**
 » Reaction Vessels, Flat Flange .................... **168**
 » Vials .......................................................... **154**

**W**
Wash Bottles .............................................. **151**
Washers .............................................. **129, 188**
Watch Dishes ............................................. **158**

TECHNICAL INFORMATION

246