IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHEMOURS COMPANY FC, LLC, <br><br>     Plaintiff, <br> v. <br><br> DAIKIN INDUSTRIES, LTD. and <br> DAIKIN AMERICA, INC., <br><br>     Defendants. | C.A. No. 17-1612-MN-CJB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Chemours Company FC, LLC and Defendants Daikin Industries, Ltd. and Daikin America, Inc. have entered into an Agreement for Settlement of Litigation ("Agreement") that resolves the claims and counterclaims asserted in this Action.  Accordingly,

IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, as follows:

1. Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, this Action, including all claims, counterclaims and affirmative defenses asserted by a party, shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

2. The Court retains jurisdiction over the interpretation and enforcement of the Agreement entered into by the parties in this Action.

{01818771;v1 }

FISH & RICHARDSON

*/s/ Jeremy D. Anderson*

_____
Martina Tyreus Hufnal (#4771)
Douglas E. McCann (#3852)
Jeremy D. Anderson (#4515)
Nitika Gupta Fiorella (#5898)
Kelly Allenspach Del Dotto (#5969)
Grayson P. Sundermeir (#6517)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
hufnal@fr.com; dmccann@fr.com;
janderson@fr.com; fiorella@fr.com;
kad@fr.com; sundermeir@fr.com

Dexter J.S. Whitley
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
(404) 892-5005

Juanita R. Brooks
Meghana Thadani
FISH & RICHARDSON P.C.
7 Times Square
20th Floor
New York, NY 10036
(212) 765-5070

Megan Chacon
FISH & RICHARDSON P.C.
12860 El Camino Real
Suite 400
San Diego, CA 92130
(858) 678-4318

*Attorneys for Plaintiff*

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Of Counsel:*

Anthony M. Insogna
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
(858) 314-1200

David M. Maiorana
John C. Evans
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
(216) 586-3939

John M. Michalik
Lisa L. Furby
Michelle B. Smit
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
(312) 782-3939

Suzie S. Vardanyan
JONES DAY
555 South Flower Street
Los Angeles, CA  90071
(213) 243-2216

*Attorneys for Defendants*

SO ORDERED this ___ day of July, 2022.

_____
MARYELLEN NOREIKA
UNITED STATES DISTRICT COURT JUDGE